IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JANE DOE, I.H., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE; et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>8:24-cv-01678-SDM-NHA |

## ACKNOWLEDGEMENT OF SERVICE

The undersigned states that he is an attorney for Defendant Holiday Hospitality Franchising, LLC ("HHFL"), and that he is authorized to accept service of the First Amended Verified Complaint for Damages and Jury Demand on HHFL's behalf. HHFL hereby accepts and acknowledges due and lawful receipt and service of the Summons and First Amended Verified Complaint for Damages and Jury Demand in the above-captioned action. HHFL hereby waives its defenses of insufficiency of process and insufficiency of service of process. HHFL reserves all other defenses not expressly waived herein. The Parties stipulate and agree that the date of service is September 24, 2024, and that HHFL shall have through and including October 15, 2024 to move, answer, or otherwise respond to Plaintiff's First Amended Verified Complaint.

Respectfully submitted this 24th day of September, 2024.

*/s/ John M. Hamrick*
John M. Hamrick
**Holland & Knight LLP**
1180 West Peachtree Street NW
Suite 1800
Atlanta, Georgia 30309
(404) 817-8500
john.hamrick@hklaw.com

1