IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JANE DOE, I.H., an individual,　　　　　　　CASE NO.:  8:24-cv-10678-SDM-NHA
　　　　Plaintiff,
　v.

SALESFORCE,
BACKPAGE.COM, LLC,
CARL FERRER, Individually,
MICHAEL LACEY, Individually,
JOHN BRUNST, Individually,
SCOTT SPEAR, Individually,
GOSAI 9, LLC., d/b/a Quality Inn,
GOSAI 9, LLC., d/b/a Days Inn by Wyndham,
MGM HOTELS LLC., d/b/a Holiday Inn & Suites,
JOHN DOE, the person, or entity that owned the
property located at 31199 Longwood Drive, Brooksville, Florida,
BRIAN J. GRIGUERE, Individually,
JOSEPH A. EASTON, Individually,
JAMES W. HANCOCK, Individually,
JASON M. RAULERSON, Individually,
LUIGI BARILE, Individually,
LAWRENCE E. KEMBLE, Individually,
MATTHEW C. DOYLE, Individually,
SHAWN C. HENSON, Individually
LACHMAN KALADEEN, Individually,
WYNDHAM HOTELS AND RESORTS, INC.
CHOICE HOTELS INTERNATIONAL, INC.
HOLIDAY HOSPITALITY FRANCHISING, LLC
　　　　Defendants.
_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(i), AS TO DEFENDANTS WYNDHAM HOTELS AND RESORTS, INC., CHOICE HOTELS INTERNATIONAL, INC., and HOLIDAY HOSPITALITY FRANCHISING, LLC., ONLY**

1

COMES NOW, the PLAINTIFF, by and through undersigned Counsel, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(i) and hereby states as follows:

1. Plaintiff dismisses her causes of action against Defendants Wyndham Hotels and Resorts, Inc., Choice Hotels International, Inc., and Holiday Hospitality Franchising, LLC, without prejudice as to the filing of any future action and at the costs of the Plaintiff.

Dated: 10/14/2024

The Law Offices of Travis R. Walker, P.A.

By: /s/ Travis R. Walker
Travis R. Walker, Esquire
Florida Bar No.36693
1100 SE Federal Highway
Stuart Florida 34494
(772) 708-0952
Travis@traviswalkerlaw.com
service@traviswalkerlaw.com
Jim.oster@traviswalkerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14th 2024, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

The Law Offices of Travis R. Walker, P.A.

By: /s/ Travis R. Walker
Travis R. Walker, Esquire
Florida Bar No. 36693