## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY

**STATE OF FLORIDA,**

CASE NO: 2019·CF·944
HCSO NO: 2017-18444
OSP NO.: 2017-0191-TPA

vs.

(a) K█████ F███ B█████
(b) **SHAWN CHRISTOPHER HENSON**
(c) **LUIGI BARILE**
(d) **BRYAN JOSEPH GIGUERE**
(e) **JAMES WILLIAM HANCOCK**
(f) **JOSEPH ANDREW EASTON**
(g) **LAWRENCE EDWARD KEMBLE**
(h) **LATCHMAN KALADEEN**
(i) **MATTHEW CHRISTOPHER DOYLE**
(j) **JASON MICHAEL RAULERSON**

_____

\*\*\*SEALED\*\*\*

## APPLICATION AND AFFIDAVIT FOR ARREST WARRANTS

BEFORE ME, the Honorable *Garces G. Angels*, a Judge of the Circuit Court of the

Fifth Judicial Circuit in and for Hernando County, Florida personally appeared Detective Jill

Morrell of the Hernando County Sheriff's Office ("Affiant"), who, being first duly sworn by me,

gave sworn testimony and requested that an arrest warrant be issued for:

**(a) K█████ F███ B█████**

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215

### (b) SHAWN CHRISTOPHER HENSON

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

2019 MAY 14 PM 3:14

FERNANDO COUNTY, FL
DOUG CHORVAT, CLERK
FILED FOR RECORD



EXHIBIT
A

Page 1 of 63

### (c) LUIGI BARILE

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (d) BRYAN JOSEPH GIGUIRE

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(a)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (e) JAMES WILLIAM HANCOCK

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (f) JOSEPH ANDREW EASTON

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (g) LAWRENCE EDWARD KEMBLE

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (h) LATCHMAN KALADEEN

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(a) and/or (g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (i) MATTHEW CHRISTOPHER DOYLE

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(a) and/or (g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

### (j) JASON MICHAEL RAULERSON

for offenses of:
Human Trafficking, F.S. §787.06(3)(g)
Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(a) and/or (g) and §777.04(1)
Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Lewd or Lascivious Battery, F.S. §800.04 (a)

## AFFIANT'S BACKGROUND AND EXPERIENCE

Your Affiant, Detective Jill Morell is currently assigned as a detective to the Major Crimes Section. Through my training and experience, I am familiar with the methods utilized by offenders to recruit, coerce, produce, possess, and engage in both human trafficking, sex crimes against children and/or the distribution of child pornography. I am aware criminals utilize a multitude of mass media to facilitate their criminal activities.

Your Affiant, Jill Morell, has been in law enforcement for over twenty-five (25) years to include presently being a sworn Hernando County (FL) deputy for fourteen (14) years and previously being sworn City of Hialeah (FL) police officer for eleven (11) years, both of which being assigned to various specialized investigative units as a detective. These assignments have afforded me the opportunity to investigate and/or arrest and prosecute several hundred individual(s) involved in the distribution and/or possession of controlled substance(s), investigations involving homicide, crimes against persons, crimes related to child pornography and human sex trafficking, and other sexual related crimes. Your Affiant has successfully investigated these crimes committed in Hernando County, Florida and the City of Hialeah, Florida.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 4 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 93 of 152 PageID 93
862

Your Affiant is currently assigned to the Tri-County Human Trafficking Response Team and the Tampa Bay Human Trafficking Task Force. Your Affiant has previously assisted with/or executed search warrants based upon investigations including warrants for cell phones, business, forms of electronic communication, and the data contained therein.

The following is an overview of courses where your Affiant has received training and gained a level of proficiency: Your Affiant has attended numerous school(s) and received specialized training in the field of narcotics, human trafficking, crimes against children and related child sex offenses, violent crimes against person(s) and death investigations. Your Affiant attended these schools through courses offered by St. Pete Community College and IPTM (Institute of Police Technology and Management). Your Affiant is currently tasked with the investigation of K██████ F████ H████, SHAWN CHRISTOPHER HENSON, LUIGI BARILE, BRYAN JOSEPH GIGUERE, JAMES WILLIAM HANCOCK, JOSEPH ANDREW EASTON, LAWRENCE EDWARD KEMBLE, LATCHMAN KALADEEN, MATTHEW CHRISTOPHER DOYLE, AND JASON MICHAEL RAULERSON since May 17, 2017.

## FACTS

Your Affiant and other sworn members of the Hernando County Sheriff's Office and the Marion County Sheriff's Office were involved in an investigation of K██████ F████ H████ (Hereinafter "K██████"), SHAWN CHRISTOPHER HENSON (Hereinafter "HENSON"), LUIGI BARILE (Hereinafter "BARILE"), BRYAN JOSEPH GIGUERE (Hereinafter "GIGUERE"), JAMES WILLIAM HANCOCK (Hereinafter "HANCOCK"), JOSEPH ANDREW EASTON (Hereinafter "EASTON"), LAWRENCE EDWARD KEMBLE (Hereinafter "KEMBLE"), LATCHMAN KALADEEN (Hereinafter

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 5 of 63 PageID
863
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 94 of 152 PageID 94

"KALADEEN"), **MATTHEW CHRISTOPHER DOYLE** (Hereinafter "**DOYLE**"), and **JASON MICHAEL RAULERSON** (Hereinafter "**RAULERSON**") concerning their involvement in the human trafficking of a minor, ▮▮▮▮▮ ▮▮▮▮ D.O.B. 06/20/2000 (hereinafter "**IH**") for the purposes of commercial sexual exploitation in the Fifth and Eighth Judicial Circuits, to wit: Hernando County, Marion County, and Levy County, Florida. Evidence was obtained indicating that while IH was in the custody of and under the control of K▮▮▮▮▮, K▮▮▮▮▮ engaged in behavior that subjected IH to commercial sexual exploitation by advertising IH on the internet; transporting IH for the purposes of commercial sexual activity; and otherwise made IH available for commercial sexual activity and that **HENSON, BARILE, GIGUERE, HANCOCK, EASTON, KEMBLE, KALADEEN, DOYLE, and RAULERSON** utilized the internet to locate the minor child for commercial sex and did in fact engage in commercial sexual activity with the minor child.

### SUMMARY OF INVESTIGATION

On May 16, 2017 information was provided to the Hernando County Sheriff's Office alleging, K▮▮▮▮▮ was prostituting out ▮▮ then sixteen-year-old ▮▮▮ IH, from their residence located at ▮▮▮▮▮▮▮▮ Brooksville, Hernando County, Florida. (Hereinafter "**THE RESIDENCE**"). The tip provided IH's full name and said she was sixteen. IH was not attending school and had not for the last few months. The caller reported K▮▮▮▮ phone number as ▮▮▮▮-2852. It was also reported that K▮▮▮▮ was driving a red Dodge Ram and that K▮▮▮▮ and IH were scheduled to move at the end of May. A check in DHSMV was conducted and a Florida Driver's License was located for IH who was sixteen at the time of the investigation began. This is the photograph that was used at the time of briefing.

On May 17, 2017 an open source search for the number provided by the caller, ▮▮▮▮▮▮ 2852), revealed the phone number to be associated with several online Backpage escort ads from November through December of 2016. Backpage.com is an online advertising service that requires an electronic computing device with internet capability for access. Backpage.com allows users to create password protected accounts that allow users to save information and access the account from multiple electronic devices. Backpage.com is regularly used for online advertising for sex. Several of the images contained in the online advertisements depicted an underage female (later identified as IH) in nothing but her under garments.

Further investigation revealed several ads on escortresume.com that contained the same photographs used in the Backpage.com ads featuring IH. The ads depicted the name "Belle" and described her measurements. The ad also described her as Mexican-American and a perfect companion. The images in the ad show a female mostly in underwear in various poses. In addition, there were reviews on escortresume.com indicating the time spent with "Belle" was worthwhile.



On May 17, 2017 at approximately 1330 hours a check of the residence located at **THE RESIDENCE** revealed a red Dodge Ram truck bearing Florida tag ▮▮▮▮ parked in the driveway. At 1600 hours, additional units established surveillance at the residence while the red

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 7 of 63 PageID
865
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 96 of 152 PageID 96

truck was in sight. On May 17, 2017 Detective S. Pritz responded to an advertisement on Backpage.com listing K███████ cell phone number of ███████2852. The images depicted a female wearing underwear and the female had a specific tattoo on her right shoulder. Detective S. Pritz and Detective L. Johnson of the Hernando County Sheriff's Office, utilized an undercover agency vehicle and responded to a pre-determined staging location. At 1751 hours Detective Pritz made a recorded controlled telephone call to ███████2852. After two rings an unknown female answered the phone and Detective Pritz asked "is this Belle" she stated, "no, hold on one second" and provided the telephone to a second female who Detective Pritz assumed was Belle. Detective Pritz identified himself as "Steve" and explained that he had seen her ad posted online and asked if we could meet. Belle asked if they had ever met before and where he had located her ad.

After explaining where Detective Pritz located the ad, Belle informed him that she doesn't use the number ███████2852 to schedule dates. Belle asked when he was looking to meet up and he informed her in approximately one hour. Detective Pritz asked Belle if she would be willing to meet at the nearby Hampton Inn and she informed him that she doesn't do "any out calls what so ever" and stated he could meet at her house in ███████ off 75. Belle then asked if he wanted to know her donation amount[1]. Detective Pritz explained that he was interested in one hour and she stated that she only charged $180.00. Detective Pritz asked if he was able to bring his wife with him and Belle agreed. Belle then provided her physical address of ████ ████████ ████ confirming the tip and the initial investigation.

At 1802 hours, Detective Pritz received a text message from telephone number ███████ 4201 which read "Hey this is Bella I was thinking about it and I'm not quite sure if I'd be

---

[1] Based upon Affiant's training and experience in human trafficking and prostitution investigations, "donation amount" is terminology commonly used in the commercial sex industry as code for charges for sexual acts.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 8 of 63 PageID
866
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 97 of 152 PageID 97

comfortable with it". At approximately 1823 hours, a secondary recorded controlled telephone call was made by Detective Pritz to this newly acquired number. After numerous rings "Bella" answered and Detective Pritz again identified himself as Steve and Bella proceeded to inform him that she was not comfortable with his wife coming inside the residence. Detective Pritz asked if she could stay in the vehicle while he was inside her house. Due to unknown technical issues Detective Pritz lost the connection of the telephone call. Detective Pritz called back and Bella answered the phone and explained she would be comfortable with Steve's wife waiting outside in the vehicle. Detective Pritz asked if he needed to bring condoms and Bella advised "you don't need to bring anything you're fine." Detective Pritz advised he would arrive in 15 minutes. It should be noted Detective L. Johnson was present during all above-mentioned controlled telephone calls and was acting in an undercover (UC) capacity portraying his wife.

At approximately 1847 hours, Detective L. Johnson and Detective Pritz left the staging location and proceeded to **THE RESIDENCE**. Detective Pritz arrived at **THE RESIDENCE** and observed a red Dodge Ram truck bearing Florida tag # ▮▮▮▮ parked on the driveway that appeared to be unoccupied. Detective Pritz exited the undercover vehicle and walked to the front door of **THE RESIDENCE** confirming the truck was unoccupied as he walked directly past the driver's side. Detective Pritz was equipped with audio and video recording devices.

Detective Pritz knocked on the front door and was greeted by an underage white female who had the same facial features as the photograph provided at the briefing, thereby identifying "Bella" as **IH**. **IH** was wearing a long unbuttoned light green collared shirt which opened up to a black tank top style shirt that slightly exposed her stomach. She was wearing short black in color spandex style shorts and black high heels. Her hair was straight and medium length and she had

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 9 of 63 PageID
867
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 98 of 152 PageID 98

brown eyes. Detective Pritz also noticed that she appeared to be wearing an excessive amount of facial makeup.

Detective Pritz entered through the front door and noticed to his immediate left a small dining area and a kitchen. Detective Pritz was led through a narrow living room area and observed a television on the left corner of the room after walking past a full-length cloth couch. Detective Pritz was led into a rear bedroom on the northeast corner of the residence and IH immediately shut the door behind him. Detective Pritz did not initially observe any other persons inside the residence. Detective Pritz was directed to sit at the edge of the bed that filled the majority of space within the room. They continued to speak briefly and Detective Pritz observed IH sit near the front of the bed near him and proceed to remove her high heeled shoes leaving them on the floor.

After a brief discussion, Detective Pritz confronted IH that she appeared young and asked her age and IH informed him "I'm eighteen but I'm turning nineteen in like a week". IH stated that she didn't do out calls due to cops and they proceeded to discuss the fee schedule and sexual services that would be offered. IH stated that "full service[2]" for one hour would cost $180.00 instead of the $200.00 that was posted on her ad. At one point IH stated that Detective Pritz was making her nervous and stated, "you're not like a cop or anything." IH again stated that full service meant Detective Pritz would get anything and he continued to ask her to elaborate. IH then stated that she was nervous and asked, "you're not like wearing anything are you sure, can you take off your jacket and like your whole shirt too." IH then used both of her hands to touch Detective Pritz's upper chest area searching for a device.

Detective Pritz proceeded to remove his hooded zippered jacket and placed it on the bed next to him. After further discussion, about the services offered, Detective Pritz attempted to pay

---

[2] Based upon Your Affiant's training and experience in human trafficking and prostitution investigations, "full service" is terminology used in the commercial sex industry to mean sexual intercourse.

Case 8:24-cv-01678-SDM-NHA   Document 112-1   Filed 03/14/25   Page 10 of 63 PageID
868
Case 8:24-cv-01678-SDM-NHA   Document 1   Filed 07/17/24   Page 99 of 152 PageID 99

and IH stated "I take that after. IH asked Detective Pritz to start removing all of his clothes at which time Detective Pritz stated the take-down phrase to alert the rescue and monitoring assets to make entry into **THE RESIDENCE**. IH was taken into custody by the Hernando County Sheriff's Office and Detective Pritz proceeded to exit the residence. While walking through the living room area, Detective Pritz observed other personnel with K██████ who had been located inside an adjacent bedroom. It was learned that K██████ had been inside this adjacent room during Detective Pritz's encounter with IH and was aware he was present. IH and K██████ were the only two people located in the home K██████ was found with one cell phone in her possession and IH also had another cell phone. Your Affiant briefly spoke with K██████ at the residence at which time she confirmed that only K██████ and IH resided at **THE RESIDENCE** and that her cell phone number was ██████-2852. This is the same phone number Detective Pritz initially phoned to contact the person in the Backpage ad. K██████ was taken to the Sheriff's Office to be further interviewed by Detective Loydgren.

IH was initially interviewed by your Affiant on scene. IH said her K██████ was home when clients came to the residence and K██████ was fully aware of what was occurring. IH advised that the money she earned engaging in commercial sex acts was provided to her ██████ to pay some of the bills. IH advised that today, K██████ answered the phone when the undercover call was made and K██████ gave IH the phone. IH then provided a secondary number for the undercover officer call.

On May 17, 2017 a forensic interview was conducted with IH at the Child Advocacy Center in Hernando County. IH knew the interview was being conducted because of ads posted on Backpage. IH stated that K██████ knew adult men ranging from the ages of nineteen to seventy-five were coming to the home to meet with IH for the purposes of sex in exchange for

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 11 of 63 PageID
869
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 100 of 152 PageID
100

money. K████ would be in the home when clients came to visit **IH**. K████ never told **IH** to stop and did not tell **IH** she should not be doing this. K████ s cell phone was initially the contact in the ads. **IH** would earn up to $4,000 a month and used some of this money to place a deposit on another property they were going to move to.

On May 17, 2017, Circuit Court Judge Merritt Jr. signed a search warrant for **THE RESIDENCE** and the search was conducted that same day. **IH** and K████ cell phones were recovered from inside the residence. During the search, it was determined that the room the undercover was taken to for sexual services by **IH** was K████ s bedroom. In K████ s bedroom, the money the undercover left for **IH** was located along with several used condoms.

On May 18, 2017, Circuit Court Judge Tuller signed a search warrant for **IH** and K████ s cell phone and an extraction of the data from **IH**'s phone was completed. In **IH**'s cell phone, numerous numbers were located in the "TextMe" app from persons inquiring about Backpage ads. Several text messages were also extracted and revealed inquiries about **IH**'s availability and pricing. The text messages also showed that **IH** traveled to Marion and Levy County on more than one occasion to meet with clients. During the review of the text messages and further investigation, it was determined K████ transported **IH** to Marion and Levy County to meet with clients.

On May 23, 2017, Circuit Court Judge Eineman signed a second search warrant for K████ residence to obtain financial documentation. The warrant was executed and revealed no current checkbook or financial records to show recent income for K████ Your Affiant received a call from **IH** which provided additional information about K████ employment. At this time, **IH** confirmed K████ had no other income and that she gave all money earned

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 12 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 10    Filed 07/17/24    Page 101 of 152 PageID
101



from commercial sex acts to K███████. IH also informed your Affiant that K███████ did take some of the photographs posted in the ads with K███████ cell phone.

During sworn recorded interviews, IH revealed that K███████ first compelled IH to engage in prostitution in November 2016 and that she continued to do so at K███████ insistence until May 17, 2017 when K███████ was arrested. IH advised that K███████ took photographs of IH to be used in the advertisements and K███████ set the rates for the commercial sex acts. It was also K███████ who taught the victim how to post ads on Backpage. IH advised K███████ is the one who chose the name Belle to use in the ads and IH has never used that as a nickname. K███████ initially answered the phone and set dates until she felt IH was ready to manage the ads and answer the phone calls. It was also determined that K███████ took the proceeds of the prostitution from IH to pay for household bills and daily needs. IH further advised that on occasions that she told K███████ she did not want to "work," K███████ would either ignore IH's concerns or would disregard them by guilting IH to continue as the money was needed for living expenses. IH identified which "clients" came to the house where she resided with K███████ and which "clients" were met at hotels. IH advised that K███████ knowingly drove her to locations to meet with "clients" for the purpose of engaging in commercial sex acts.



K███████ was charged by Information with one count of ████████████████ ████████████████ in the ████ Judicial Circuit in and for ████████ County, Florida on ████████████████ K███████ entered a plea of guilty to that charge and on ████████████ ████ was sentenced to serve five (5) years in the Florida Department of Corrections.

On April 10, 2018 K███████'s cell phone was taken to the Pinellas County Sheriff's Office, 10750 Ulmerton Rd, Largo, Florida, 33778 for assistance with the extraction due to a hardware issue. An extraction was completed and the photographs of IH used in the Backpage

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 13 of 63 PageID
871
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 102 of 152 PageID
102

ads were located.  In K███████ cell phone, numerous numbers were located in the TextMe app from persons inquiring about Backpage ads.  Several text messages were also extracted and revealed inquiries about IH's availability and pricing.  Numerous subpoenas were issued to determine the identity of the persons who responded to the Backpage ads by contacting K███████ and IH.

Further investigation continued in an effort to identify persons who engaged in commercial sexual activity with the minor, IH.  The extractions of the cell phones recovered in this investigation revealed communications between IH and/or K███████ and the following numbers that indicated commercial sexual activity did occur.  As such, efforts were made to identify the persons associated with these phone numbers.  Through various law enforcement investigative databases, as well as open sources, it was determined that the following people were associated with the identified numbers:

(352) 221-1731 was identified as related to SHAWN CHRISTOPHER HENSON

(352) 573-7678 was identified as related to LUIGI BARILE

(352) 212-6189 was identified as related to BRYAN JOSEPH GIGUERE

(561) 441-6658 was identified as related to JAMES WILLIAM HANCOCK

(954) 245-9518 was identified as related to JOSEPH ANDREW EASTON

(352) 816-4143 was identified as related to LAWRENCE EDWARD KEMBLE

(813) 815-6742 was identified as related to LATCHMAN KALADEEN

(727) 266-3439 was identified as related to MATTHEW CHRISTOPHER DOYLE

(352) 672-7203 was identified as JASON MICHAEL RAULERSON

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 14 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 12    Filed 07/17/24    Page 103 of 152 PageID
103

### THE "JOHNS"

### (b) SHAWN CHRISTOPHER HENSON

The forensic examination of IH's cell phone revealed a phone number of 352-221-1731 as

a "client" who made contact with IH on her cellphone on March 3, 2017. Through a review of the

text messages via the TextMe application it was clear that the two had met on several occasions.

IH was texting using the name "beeelllleee." The text messages showed on March 3, 2017 the

"client" indicated to IH he rented a room at the Quality Inn, located at 1125 North Young

Boulevard in Chiefland, Florida. On April 7, 2017 the "client" told IH he rented room 102 at the

same Quality Inn, 1125 North Young Boulevard in Chiefland, Florida. On April 7, 2017, IH told

the "client" her roommate secured a room at the Days Inn. The following are the identified text

messages.

```
------------------------------
From: From:  +13522211731
Timestamp: 3/3/2017 5:04:25 PM(UTC-5)
Source App: TextMe
Body: Hey babe I got the room at that Quality Inn here in Chiefland

From: From: beeelllleee
Timestamp: 3/3/2017 5:05:03 PM(UTC-5)
Source App: TextMe
Body: Okay just text me the address and room number
------------------------------
From: From:  +13522211731
Timestamp: 3/3/2017 5:08:47 PM(UTC-5)
Source App: TextMe
Body: 1125 north young boulevard chiefland Fl
------------------------------
From: From:  +13522211731
Timestamp: 3/3/2017 5:10:57 PM(UTC-5)
Source App: TextMe
Body: that's where our room is
------------------------------
```

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 15 of 63 PageID
873
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 104 of 152 PageID
104

From: From: +13522211731
Timestamp: 3/3/2017 5:10:57 PM(UTC-5)
Source App: TextMe
Body: You sound fine hun don't worry about it LOL .Just call me when you get here at
the hotel and I'll meet you in the parking lot parked behind the building
--------------------------------
From: From: beeellleee
Timestamp: 3/3/2017 5:13:36 PM(UTC-5)
Source App: TextMe
Body: Okay hun. I would just like to inform you that i do have a driver. But they won't be
staying. They'll drop me off and pick me up in the morning, if thats not a problem.
--------------------------------
From: From: +13522211731
Timestamp: 3/8/2017 5:29:33 PM(UTC-5)
Source App: TextMe
Body: It's the truth hun. I really enjoyed my time with you. You are sweet, very attractive
and I just love your personality ████
--------------------------------
From: From: +13522211731
Timestamp: 3/20/2017 8:09:50 PM(UTC-4)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments\12eaa2b46-542e-49e2-b7f8-49df8ba3100a.jpg
Body:
Hey beautiful, you don't have to txt back if that you are busy. I just wanted to send a pic
of my daughter to you.

**PHOTOGRAPH NOT INCLUDED AS IT DEPICTS A MINOR CHILD**

From: From: +13522211731
Timestamp: 4/7/2017 10:33:01 AM(UTC-4)
Source App: TextMe
Body: Good morning babe, I will txt you the room number when I get to Cheifland. You
remember how to get to the hotel?
--------------------------------
From: From: beeellleee
Timestamp: 4/7/2017 12:26:28 PM(UTC-4)
Source App: TextMe
Body: Can you send me the address again.
--------------------------------
From: From: +13522211731
Timestamp: 4/7/2017 12:30:43 PM(UTC-4)
Source App: TextMe
Body: 1125 North Young Blvd Cheifland, FL 32626
--------------------------------

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 16 of 63 PageID
874
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 105 of 152 PageID
105

From: From: beeellleee
Timestamp: 4/7/2017 12:43:25 PM(UTC-4)
Source App: TextMe
Body: Hey my room mate just called to get a hotel so she doesn't have to drive all the
way back down...

From: From: beeellleee
Timestamp: 4/7/2017 12:44:57 PM(UTC-4)
Source App: TextMe
Body: She said the place you gave me was booked so she had to booked it at days inn. So
idk if you already booked or not but it might be taken... I don't know. I'm just trying to
help.

From: From: +13522211731
Timestamp: 4/7/2017 5:15:57 PM(UTC-4)
Source App: TextMe
Body: Hey babe, I'm in room 102 backside of the building, bottom floor, north side

From: From: +13522211731
Timestamp: 5/12/2017 9:41:12 AM(UTC-4)
Source App: TextMe
Body: Good morning babe i got a room reserved for tonight at the usual place and I'm
very excited to see you tonight. What time tonight should I spit you bye

From: From: +13522211731
Timestamp: 5/12/2017 9:41:13 AM(UTC-4)
Source App: TextMe
Body: and are you going to give me a hint on what you got to tell me tonight LOL ?

From: From: +13522211731
Timestamp: 5/12/2017 11:33:31 AM(UTC-4)
Source App: TextMe
Body: I'll be at the hotel around 530 today after work. just come anytime that's good for
you babe

From: From: +13522211731
Timestamp: 5/12/2017 3:38:12 PM(UTC-4)
Source App: TextMe
Body: You remember how to get to the hotel?

From: From: +13522211731
Timestamp: 5/12/2017 5:24:15 PM(UTC-4)
Source App: TextMe
Body: Hi ▮▮▮▮▮ I am in room #112 back of the hotel on the first floor at the Quality Inn

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 17 of 63 PageID
875
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 106 of 152 PageID
106

From: From: +13522211731
Timestamp: 5/12/2017 5:47:34 PM(UTC-4)
Source App: TextMe
Body: 1125 north young boulevard cheifland, Fl 32626 and ok babe
------------------------------
From: From: beeellleee
Timestamp: 5/13/2017 10:54:56 AM(UTC-4)
Source App: TextMe
Body: Shawn baby!
------------------------------

On May 25, 2017 your Affiant made contact with the Chiefland Police Department
requesting assistance to have a unit respond to the Quality Inn located at 1125 North Young
Boulevard, Chiefland, Levy County, Florida, 32626 to determine who stayed in room number on
March 3, 2017, April 7, 2017, and May 12, 2017. Officer Barnes responded to the Quality Inn and
made contact with the front desk. Officer Barnes determined via reservation information that
**HENSON**, rented room number 102 on April 7, 2017 and room 112 on May 12, 2017. There was
no record found showing **HENSON** rented any rooms under his name on or about March 3, 2017.
**HENSON** did provide his Florida driver's license at the time of registration and a copy of his
Florida driver's license that was obtained by the clerk at the time **HENSON** checked in.

On June 6, 2017 contact was made with the Chiefland Police requesting assistance to have
a unit respond to the Days Inn at 809 NW 21 Avenue, Chiefland, Levy County, Florida, 32626 to
determine who stayed in room 102 on April 7, 2017. Officer Barnes responded to the Days Inn
and determined via registration paperwork on April 7, 2017, that K█████ rented room 233
and paid cash. K███████ provided a copy of her Florida driver's license and indicated she was
driving a red Dodge Ram in the registration paperwork.

On June 12, 2017 a subpoena was served on Verizon Wireless for cellular number 352-
221-1731 and the cell phone service appears to be prepaid and came back to an address of Verizon
Wireless, 295 Parkshore Drive, Folsom, CA 95630.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 18 of 63 PageID
876
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 107 of 152 PageID
107

On October 26, 2017, **IH** was shown a series of photo lineups in an effort to identify adults who engaged in commercial sex acts with her. **IH** identified **SHAWN CHRISTOPHER HENSON**, W/M, DOB 03/13/1980 as a "client" who engaged in commercial sex acts with her at the Quality Inn in Chiefland, Levy County, Florida. **IH** stated **HENSON** engaged in vaginal sex, oral sex on **IH**, and oral sex on **HENSON** in exchange for money. **IH** also identified K████████ as the person who knowingly transported her from Hernando County to the Quality Inn in Chiefland, Levy County, Florida for the purpose of engaging in commercial sexual activity with **HENSON**. **IH** stated she provided money that was earned from the commercial sex act to K████████

### (e) LUIGI BARILE

The forensic examination of **IH's** cell phone revealed a phone number 352-573-7678 as a "client" who made contact with **IH** on her cellphone on or about February 15, 2017 and it was apparent through text messages via TextMe that the two had met on several occasions. **IH** was texting using the name "beeellleee." The following text messages were extracted from the **IH's** cell phone.

```
From: From: beeellleee
Timestamp: 2/15/2017 12:41:24 PM(UTC-5)
Source App: TextMe
Body: Are you still coming?
```

```
From: From: +13525737678
Timestamp: 2/15/2017 1:03:39 PM(UTC-5)
Source App: TextMe
Body: 1:30 I'll be there ok
```

```
From: From: +13525737678
Timestamp: 2/15/2017 1:31:14 PM(UTC-5)
Source App: TextMe
Body: I'm here
```

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 19 of 63 PageID
877
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 108 of 152 PageID
108

From: From: +13525737678
Timestamp: 2/26/2017 3:05:08 PM(UTC-5)
Source App: TextMe
Body: One my guys want to come at 9 am tomorrow ok for you
--------------------------------------
From: From: beeelfleee
Timestamp: 3/1/2017 10:18:39 AM(UTC-5)
Source App: TextMe
Body: 11 today is fine. See you soon.
--------------------------------------
From: From: +13525737678
Timestamp: 3/1/2017 10:48:17 AM(UTC-5)
Source App: TextMe
Body: 11:15 running late
--------------------------------------
From: From: +13525737678
Timestamp: 3/1/2017 11:13:56 AM(UTC-5)
Source App: TextMe
Body: I'm here
--------------------------------------

The "clients" cellphone number was searched via Facebook and came back to **BARILE**.
A check of the Florida Driver's license database revealed it to be **LUIGI BARILE, W/M, DOB**
**04/10/1981**. A check in the Hernando County Sheriff's Office report management system showed
**BARILE** provided a phone number of 352-579-7678 as of September 2015. **BARILE** is also the
owner of a local Italian restaurant, Chefs of Napoli with businesses located in Hernando, County,
Sumter County, and Marion County, Florida. On June 12, 2017 a subpoena was obtained for
Verizon Wireless and subscriber information showed the number coming back to Roseann Barile,
3487 Misty View Drive, Spring Hill, Florida in Hernando County. Roseann Barile is believed to
be **BARILE's** wife.

On October 26, 2017, **IH** was shown a series of photo lineups in an effort to identify adults
who engaged in commercial sex acts with her. **IH** identified **LUIGI BARILE, W/M, DOB**
**04/10/1981** as a "client" she met with at an unknown hotel in Ocala, Florida on February 15, 2017
for the purpose of engaging in sexual activity with him for money. **IH** advised that on that date,

Case 8:24-cv-01678-SDM-NHA   Document 112-1   Filed 03/14/25   Page 20 of 63 PageID
878
Case 8:24-cv-01678-SDM-NHA   Document 1   Filed 07/17/24   Page 109 of 152 PageID
109

**BARILE** brought three other adult males along for her to have sex with as well. **IH** advised she engaged in vaginal sex with all four males at separate times in exchange for money. **IH** advised that **K**█████████ knowingly drove her to Ocala that day to meet with "clients" for the purpose of engaging in commercial sex acts. **IH** stated that she also engaged in vaginal sex for money with **BARILE** and the other adult males at **THE RESIDENCE.** **IH** indicated **BARILE** was a restaurant owner and the other adult males had accents. **IH** stated she provided money that was earned from the commercial sex act to **K**███████.

On April 10, 2018 **K**█████████s cell phone was taken to the Pinellas County Sheriff's Office, 10750 Ulmerton Rd, Largo, Florida, 33778 for assistance with the extraction due to a hardware issue. The forensic review revealed videos where **IH** was observed to be on a glass enclosed elevator on February 5, 2017, the day **IH** said she met with **BARILE.** In the background was what appeared to be the interior of a hotel. It did not appear as **IH** was the one taking the video. The text messages that correlate with February 5, 2017 indicated someone texting the phone had picked up food from Cracker Barrel. Your Affiant is aware there is a Cracker Barrel located at I-75 and SR 200 in Ocala. A Google search was conducted for hotels in that area which have an interior consistent with the video described above. Your Affiant identified the Holiday Inn & Suites Ocala Conference Center, 3600 SW 38th Avenue, Ocala, Florida 34474, Marion County, Florida as having the same interior as what was depicted in the video.

Further investigation revealed several photographs of **IH** at the hotel to be located on **K**█████████ cell phone. The photographs were dated February 5, 2017 at 1125 hours and the latitude and longitude of the photographs matched the coordinates for the Holiday Inn & Suites described above. At 1957 hours on February 5, 2017, a text message was sent from **K**█████████ phone indicating the person who sent the text, believed to be **K**████████, was with her children.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 21 of 63 PageID
879
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 110 of 152 PageID
110

A search warrant was served to Holiday Inn & Suites Ocala Conference Center but no records were located indicating a room was rented by K███████

### (d) <u>BRYAN JOSEPH GIGUERE</u>

The forensic examination of **IH's** cell phone revealed a phone number 352-212-6189 as a "client" who made contact with **IH** on her cellphone on or about April 17, 2017 and it was apparent through text messages via TextMe the two had met on several occasions. **IH** was texting using the name "beeellleee." The following text messages were extracted from the **IH's** cell phone.

```
From: From: +13522126189
Timestamp: 4/17/2017 4:01:02 PM(UTC-4)
Source App: TextMe
Body: Hey hey are you available?
```

```
From: From: +13522126189
Timestamp: 4/17/2017 4:15:39 PM(UTC-4)
Source App: TextMe
Body: Looking to come make a visit to you
```

```
From: From: +13522126189
Timestamp: 4/17/2017 4:18:42 PM(UTC-4)
Source App: TextMe
Body: Positive I can be there in 30 minutes
```

```
From: From: +13522126189
Timestamp: 4/17/2017 4:21:00 PM(UTC-4)
Source App: TextMe
Body: Address 30 $ We never discussed and I'm it fucking cop 😊 promise
From: From: +13522126189
Timestamp: 4/17/2017 4:22:14 PM(UTC-4)
Source App: TextMe
Body: We never discussed price is all I'm saying 30 $ 1- hr$ So I know what to bring
```

```
From: From: beeellleee
Timestamp: 4/17/2017 4:22:46 PM(UTC-4)
Source App: TextMe
Body:
QV 80
Hh 120
```

Hr 180[3]

---

From: From: +13522126189
Timestamp: 4/17/2017 4:23:05 PM(UTC-4)
Source App: TextMe
Body: Perfect

---

From: From: beeellleee
Timestamp: 4/17/2017 4:27:50 PM(UTC-4)
Source App: TextMe
Body: ██████ brooksville

---

From: From: +13522126189
Timestamp: 4/17/2017 4:32:50 PM(UTC-4)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments1\b23827e3-f8fd-469c-82b0-73d68960be5b.jpg
Body:



From: From: +13522126189
Timestamp: 4/17/2017 4:49:02 PM(UTC-4)
Source App: TextMe
Body: I'm on my way , no one wakes there right! Private correct? No surprises

---

From: From: beeellleee
Timestamp: 4/17/2017 4:54:58 PM(UTC-4)
Source App: TextMe
Body: I promise you the only person you'll encounter will be me. I have a roommate, she's a girl. You'll never see anyone else.

---

[3] Based upon Your Affiants training in experience regarding human trafficking and prostitution, the terms QV, HH and HR are used to describe a period of time to be spent engaging in commercial sex and the cost for said period of time.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 23 of 63 PageID
881
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 112 of 152 PageID
112

From: From: +13522126189
Timestamp: 4/17/2017 5:00:22 PM(UTC-4)
Source App: TextMe
Body: I'm a younger looking 44 year old man . Looking for a regular friend. I used to live
in Tampa. I used to visit with.1 a Friend 4 times a week. Sugar dadd

----------------------------

From: From: +13522126189
Timestamp: 4/17/2017 5:31:49 PM(UTC-4)
Source App: TextMe
Body: Here

----------------------------

From: From: +13522126189
Timestamp: 4/17/2017 5:32:24 PM(UTC-4)
Source App: TextMe
Body: Red truck?

----------------------------

From: From: +13522126189
Timestamp: 4/17/2017 6:09:17 PM(UTC-4)
Source App: TextMe
Body: Save me – Bryan

----------------------------

From: From: +13522126189
Timestamp: 4/21/2017 6:31:44 PM(UTC-4)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments1\50092609-72d3-456a-b629-d1f92ac2d1a0.jpg
Body: I have my boys now , my x freaked out on me. I'll have them until Sunday. I'll hit
you up Sunday if that cool

**PHOTOGRAPH NOT INCLUDED AS IT DEPICTS A MINOR CHILD**

----------------------------

From: From: +13522126189
Timestamp: 4/28/2017 1:14:14 PM(UTC-4)
Source App: TextMe
Body: I can't see you until Sunday afternoon now. I have my boys this weekend again. I'll
hit you up Sunday afternoon if that cool.

----------------------------

From: From: +13522126189
Timestamp: 5/1/2017 9:58:31 AM(UTC-4)
Source App: TextMe
Body: I can see you around 5 if your would like a time and your available

----------------------------

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 24 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 892    Filed 07/17/24    Page 113 of 152 PageID
113

From: From: beeellleee
Timestamp: 5/1/2017 9:59:21 AM(UTC-4)
Source App: TextMe
Body:
Yeah that's perfect

From: From: +13522126189
Timestamp: 5/1/2017 4:32:56 PM(UTC-4)
Source App: TextMe
Body:
What's the address again ?

From: From: beeellleee
Timestamp: 5/1/2017 4:33:25 PM(UTC-4)
Source App: TextMe
Body:
██████ ██████

From: From: +13522126189
Timestamp: 5/1/2017 5:13:13 PM(UTC-4)
Source App: TextMe
Body: Here

From: From: +13522126189
Timestamp: 5/1/2017 8:55:06 PM(UTC-4)
Source App: TextMe
Body: I want some more of you

There were two attached photographs to the messages. One photograph was a Google map

showing directions from an unknown address in Homosassa Springs to IH's address at ████

███████████ The other photograph depicts two younger boys playing basketball and

GIGUERE refers to them as his children.

Your Affiant was able to identify 352-212-6189 as belonging to **BRYAN JOSEPH**

**GIGUERE**, 7162 Bonaventure Drive, #7162, Rocky Point, Hillsborough County Florida, 33607,

with the use of subscriber information obtained from Bandwith pursuant to a subpoena issued on

June 12, 2017. A Florida driver's license for **BRYAN JOSPEH GIGUERE**, W/M, DOB

03/03/1973 was located and provided the address of 10604 W Halls River Rd, Homosassa, Fl

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 25 of 63 PageID
883
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 114 of 152 PageID
114

On October 26, 2017, **IH** was shown a series of photo lineups in an effort to identify adults

who engaged in commercial sex acts with her. **IH** identified **GIGUERE** as a "client" she met at

**THE RESIDENCE** where she resided with **K**⬛⬛⬛ for the purpose of engaging in sexual

activity with him for money. **IH** advised she engaged in vaginal sex and oral sex on **GIGUERE**

in exchange for one hundred and forty to one hundred and eighty dollars. **IH** stated she provided

money that was earned from the commercial sex act to **K**⬛⬛⬛ Text messages obtained from

**IH** to **GIGUERE** indicate **K**⬛⬛⬛ was home when **GIGUERE** came to the home.

### (o) <u>JAMES WILLIAM HANCOCK</u>

The forensic examination of IH's cell phone revealed a phone number 561-441-6658 as a

"client" who made contact with **IH** on her cellphone as of March 4, 2017 and it was apparent

through text messages the two had met. **IH** was texting using the name "beeelllee." The following

text messages were extracted from the IH's cell phone.

---
From: From: +15614416658
Timestamp: 3/4/2017 1:07:30 PM(UTC-5)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments2\7ad996ef-d19e-433a-b73a-e1c4fa6dc513.mp3
Body: voice message where he identifies himself as Jim and gives his cell phone number
---
From: From: +15614416658
Timestamp: 3/4/2017 7:44:49 PM(UTC-5)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments2\d6ae78bd-52c2-4b35-bba8-f8d1a45ffdfd.mp3
Body: voice message where he identifies himself as Jim and gives his cell phone number
---
From: From: +15614416658
From: From: +15614416658
Timestamp: 4/15/2017 1:10:43 PM(UTC-4)
Source App: TextMe
Body: We lost the connection I would like to see you tonight around 9 is that possible?
---

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 26 of 63 PageID
884
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 115 of 152 PageID
115

From: From:  +15614416658
Timestamp: 4/15/2017 1:14:46 PM(UTC-4)
Source App: TextMe
Body: I am a well mannered gentleman looking for a fun time.

From: From:  +15614416658
Timestamp: 4/15/2017 1:16:03 PM(UTC-4)
Source App: TextMe
Body: You wiuld find our time together to be very enjoyable.

From: From:  +15614416658
Timestamp: 4/15/2017 6:36:27 PM(UTC-4)
Source App: TextMe
Body:
I'm still good for 9 pm...

From: From:  beeellleee
Timestamp: 4/15/2017 8:49:34 PM(UTC-4)
Source App: TextMe
Body: You lmk when you need the address

From: From:  +15614416658
Timestamp: 4/15/2017 8:53:19 PM(UTC-4)
Source App: TextMe
Body: Ok, if all goes well should be leaving here around 9:15. ▇▇▇▇▇ is only about
15 min from me. Will call when I leave here. Getting excited!!!

From: From:  +15614416658 From: From:  beeellleee
Timestamp: 4/15/2017 9:32:32 PM(UTC-4)
Source App: TextMe
Body: I'm just cleaning we discussed donations right?

Timestamp: 4/15/2017 9:33:18 PM(UTC-4)
Source App: TextMe
Body: Yes 80 for 1 hour

From: From:  beeellleee
Timestamp: 4/15/2017 9:33:19 PM(UTC-4)
Source App: TextMe
Body: ▇▇▇▇▇ brooksville is my address.

From: From:  +15614416658
Timestamp: 4/15/2017 9:33:34 PM(UTC-4)
Source App: TextMe
Body: 180

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 27 of 63 PageID
885
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 116 of 152 PageID
116

From: From: +15614416658
Timestamp: 4/15/2017 11:01:10 PM(UTC-4)
Source App: TextMe
Body: Next time many more positions!

From: From: beeellleee
Timestamp: 4/15/2017 11:01:28 PM(UTC-4)
Source App: TextMe
Body: I had so much fun!!

From: From: +15614416658
Timestamp: 4/30/2017 7:36:18 PM(UTC-4)
Source App: TextMe
Body: Hi Belle, I will be over there on the 13th & 14th of May. I would like to see you
on Sat the 13th around 9pm. Will you be available for an hour. I saw you a few weeks
ago when I was seeing my family Jim from Delray Beach

From: From: +15614416658
Timestamp: 5/3/2017 7:32:59 PM(UTC-4)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments2\a7048775-b8bf-480e-ada9-c34a3e41e9a4.mp3
Body: voice message where he identifies himself as Jim and gives his cell phone number

From: From: +15614416658
Timestamp: 5/12/2017 3:54:17 PM(UTC-4)
Source App: TextMe
Body: Hi Belle, Confirming Saturday night around 9. Will touch with you tomorrow for
final confirmation. Looking forward to seeing you again! We will have a lot of fun! Jim
from Delray Beach

From: From: +15614416658
Timestamp: 5/12/2017 4:41:51 PM(UTC-4)
Source App: TextMe
Attachments:
#1: chats\TextMe\attachments2\98bf1fe0-0e7a-4379-bdd8-7d52fc4c01b7.mp3
Body: voice message where he identifies himself as Jim and gives his cell phone number

The Hernando County Crime Analysis Unit was able to identify 561-441-6658 as

belonging to JAMES HANCOCK with the use of investigative databases. A Florida driver's

license for JAMES WILLIAM HANCOCK, W/M, DOB 03/22/1952 was located. On June 12,

2017 a subpoena was obtained for Sprint Corporation and the subscriber information showed the

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 28 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 1-1    Filed 07/17/24    Page 117 of 152 PageID
886
117

number coming back to Jim Hancock at the same address listed on his driver's license of 6699

Moonlit Drive, Delray Beach, Palm Beach County, Florida, 33446.

On October 26, 2017, **IH** was shown a series of photo lineups in an effort to identify adults

who engaged in commercial sex acts with her. **IH** identified **JAMES WILLIAM HANCOCK**,

W/M, DOB 03/22/1952 as a "client" she met at **THE RESIDENCE** where she resided with

**K**⬛⬛⬛ for the purpose of engaging in sexual activity with him for money. **IH** advised she

engaged in vaginal sex with **HANCOCK** in exchange for one hundred forty to one hundred eighty

dollars.  **IH** stated she provided money that was earned from the commercial sex act to

**K**⬛⬛⬛

## (f)  JOSEPH ANDREW EASTON

The forensic examination of **IH**'s cell phone revealed a phone number 954-245-9518 as a

"client" who made contact with **IH** on her cellphone as of May 13, 2017 and it was apparent

through text messages the two had met. **IH** was texting using the name "beeellleee." The following

text messages were extracted from the **IH**'s cell phone.

From: From: +19542459518
Timestamp: 5/13/2017 10:18:39 PM(UTC-4)
Source App: TextMe
Body: I saw your add on bp and I was wondering are you available?

From: From: beeellleee
Timestamp: 5/13/2017 10:59:53 PM(UTC-4)
Source App: TextMe
Body: Hey thanks for messaging me! Here's some information on me, if your interested
message me back!!!
Donations:
QV: $80
HH: $120
HR: $180
OVERNIGHTS REG: $400
OVERNIGHTS ONE: $800
(Regulars get a half discount for overnights)
Location: ⬛⬛⬛

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 29 of 63 PageID
887
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 118 of 152 PageID
118

Brooksville, FL  34602
United States
I give my actually address if you set something up. (I do ONLY Incalls, I only do outcalls
for people I've already met with)
*I send this message to anyone who contacts me*
--------------------------------
From: From: +19542459518
Timestamp: 5/13/2017 11:22:46 PM(UTC-4)
Source App: TextMe
Body: I only have 100
--------------------------------
From: From:  beeellleee
Timestamp: 5/13/2017 11:23:04 PM(UTC-4)
Source App: TextMe
Body: 20 mins
--------------------------------
From: From:  beeellleee
Timestamp: 5/13/2017 11:48:49 PM(UTC-4)
Source App: TextMe
Body: Okay I have a red truck out front
--------------------------------
From: From: +19542459518
Timestamp: 5/14/2017 12:19:04 AM(UTC-4)
Source App: TextMe
Body: I'm here to

From: From:  +19542459518
Timestamp: 5/14/2017 12:38:29 AM(UTC-4)
Source App: TextMe
Body: Damn I kinda wanted to go round 2
--------------------------------
From: From: +19542459518
Timestamp: 5/14/2017 12:41:45 AM(UTC-4)
Source App: TextMe
Body:
I just feel like I wasted my money
--------------------------------
From: From: +19542459518
Timestamp: 5/14/2017 12:42:59 AM(UTC-4)
Source App: TextMe
Body: Wish I could have fucked you right
--------------------------------
From: From: +19542459518
Timestamp: 5/14/2017 12:44:49 AM(UTC-4)
Source App: TextMe
Body: You gotta let me fuck you again

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 30 of 63 PageID
888
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 119 of 152 PageID
119

From: From: +19542459518
Timestamp: 5/14/2017 12:45:11 AM(UTC-4)
Source App: TextMe
Body: I'll last longer next time

From: From: beeellleee
Timestamp: 5/14/2017 12:45:50 AM(UTC-4)
Source App: TextMe
Body: Can I make it up to you next time. I really don't know what to tell you you only paid for 20 mins and like you stayed for 19 minutes.

From: From: beeellleee
Timestamp: 5/14/2017 12:46:10 AM(UTC-4)
Source App: TextMe
Body: If you wanted straight fucking and no talking you should've just told me.

From: From: +19542459518
Timestamp: 5/14/2017 12:47:35 AM(UTC-4)
Source App: TextMe
Body: Lmao that ass was too much for me

From: From: +19542459518
Timestamp: 5/14/2017 12:49:58 AM(UTC-4)
Source App: TextMe
Body: Next time I'm gonna do you right

The Hernando County Crime Analysis Unit was able to identify 954-245-9518 as belonging to **JOSEPH EASTON** with the use of investigative databases. A Florida driver's license for **JOSEPH ANDREW EASTON**, W/M, DOB 10/12/1994 was located. On June 12, 2017 a subpoena was obtained for T-Mobile and the subscriber information showed the number coming back to **JOSEPH W EASTON IV**, at 6500 NW 114th Avenue, Apt 102 (no further information).

On October 26, 2017, **IH** was shown a series of photo lineups in an effort to identify adults who engaged in commercial sex acts with her. **IH** identified **JOSEPH ANDREW EASTON**, W/M, DOB 10/12/1994 as a "client" she met at **THE RESIDENCE** where she resided with **K**[redacted] for the purpose of engaging in sexual activity with him for money. **IH** advised she

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 31 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 889    Filed 07/17/24    Page 120 of 152 PageID
120

engaged in vaginal sex and oral sex with **EASTON** in exchange for one hundred dollars. **IH** stated

she provided money that was earned from the commercial sex act ████████

### (g) LAWRENCE EDWARD KEMBLE

The forensic examination of **IH's** cell phone revealed a phone number 352-816-4143 as a

"client" who made contact with **IH** on her cellphone as of February 6, 2017 and it was apparent

through text messages the two had met. **IH** was texting using the name "beeellleee." The following

text messages were extracted from the **IH's** cell phone.

> Start Time: 2/6/2017 9:57:22 PM(UTC-5)
> Last Activity: 5/17/2017 3:15:56 AM(UTC-4)
> Participants: beeellleee, +13528164143
> From: From: +13528164143
> Timestamp: 2/6/2017 9:57:22 PM(UTC-5)
> Source App: TextMe
> Body:A ADULT site. Had about 4 or 5 guys ask me about u. Told them u r the bomb and
> a sweet heart. Hopefully u will get a few more clients. LOL. Hope you had
>
> From: From: +13528164143
> Timestamp: 2/6/2017 9:57:22 PM(UTC-5)
> Source App: TextMe
> Body: Hey Belle, sent a text to your other number, just wanted to make sure that I wanted
> YOU to know that I posted a nice review on the Ocala and G'ville US
>
> From: From: +13528164143
> Timestamp: 3/6/2017 11:14:07 PM(UTC-5)
> Source App: TextMe
> Body: Just wanted to let you know that U have a bad review on the Tampa B/P Lars
>
> From: From: +13528164143
> Timestamp: 3/8/2017 12:18:22 PM(UTC-5)
> Source App: TextMe
> Attachments:
> #1: chats\TextMe\attachments1\2a5ecf8d-1a95-40d3-99ee-b9f34641567a.jpg
> Body: His handle on the USASEXGUIDE is Rockey7373.
> Lars

Case 8:24-cv-01678-SDM-NHA     Document 112-1     Filed 03/14/25     Page 32 of 63 PageID
890
Case 8:24-cv-01678-SDM-NHA     Document 1     Filed 07/17/24     Page 121 of 152 PageID
121



From: From: +13528164143
Timestamp: 3/28/2017 9:14:42 PM(UTC-4)
Source App: TextMe
Body: Good evening Hun, FYI, had another gentlemen contact me about U today. Lars

From: From: +13528164143
Timestamp: 4/7/2017 9:16:56 PM(UTC-4)
Source App: TextMe
Body: Good evening Belle, friend of mine just texted me and said U r in Slocala tonight.
Wishing you good luck, knock'em dead, make lots of money, but stay

From: From: +13528164143
Timestamp: 4/12/2017 8:16:42 PM(UTC-4)
Source App: TextMe
Body: Hey Belle, nice to hear back from you, I was thinking maybe we can

From: From: +13528164143
Timestamp: 4/12/2017 8:16:42 PM(UTC-4)
Source App: TextMe
Body: hook up on Saturday May 6? Let me know if that works for you, than

From: From: +13528164143
Timestamp: 4/12/2017 8:16:43 PM(UTC-4)
Source App: TextMe
Body: ks. ☺ Lars

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 33 of 63 PageID
891
Case 8:24-cv-01678-SDM-NHA    Document 91    Filed 07/17/24    Page 122 of 152 PageID
122

From: From:  beeellleee
Timestamp: 4/12/2017 8:28:39 PM(UTC-4)
Source App: TextMe
Body: That is perfect

From: From:  +13528164143
Timestamp: 4/12/2017 8:31:22 PM(UTC-4)
Source App: TextMe
Body: OK gr8, thanks. And I want to see if U would like to take a trip to Daytona Beach
later in the summer. We can talk about it when you come on the 6th. Thanks
Lars

From: From:  beeellleee
Timestamp: 4/21/2017 8:37:56 PM(UTC-4)
Source App: TextMe
Body: Hey hun. I was just fishing around and stuff and was wondering if girls post ads on
USA SG

From: From:  beeellleee
Timestamp: 4/21/2017 8:38:13 PM(UTC-4)
Source App: TextMe
Body: you know a lot more about it than I do, and I can say the least it's extremely
confusing.

From: From:  +13528164143
Timestamp: 4/21/2017 8:46:31 PM(UTC-4)
Source App: TextMe
Body: NO! very many do and I have no idea why they don't. I personally think if you
have an Ad USA CLASSIFIEDS, to me it just seems to be just s little bit classier. I would
post one on there. Does it cost money? Lars

From: From:  beeellleee
Timestamp: 4/21/2017 8:47:42 PM(UTC-4)
Source App: TextMe
Body: I'm not really sure how to even post on there. I assumed you did. It's too confusing
for me, I'm getting to understanding it better.

From: From:  +13528164143
Timestamp: 4/22/2017 8:56:04 PM(UTC-4)
Source App: TextMe
Body: HEY Hun, checked out how to post an Ad on USA ADULT CLASSIFIEDS, looks
pretty easy and I don't think that U have to pay for the Ad. Lars

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 34 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 89-2    Filed 07/17/24    Page 123 of 152 PageID
123

From: From: +13528164143
Timestamp: 4/22/2017 10:18:44 PM(UTC-4)
Source App: TextMe
Body: O sure we can. LOL don't know what is on the second page, but we wi

---

From: From: +13528164143
Timestamp: 4/22/2017 10:18:44 PM(UTC-4)
Source App: TextMe
Body: ll find out. For me it is easier to do stuff on my PC then my phone

---

From: From: +13528164143
Timestamp: 4/27/2017 11:16:52 PM(UTC-4)
Source App: TextMe
Body: Belle, r we still on for next weekend? Can't wait to see you. Lars

---

From: From: beeellleee
Timestamp: 4/28/2017 12:55:48 PM(UTC-4)
Source App: TextMe
Body: Yeah of course, I can't wait to see you and catch up.

---

From: From: +13528164143
Timestamp: 5/2/2017 9:49:50 AM(UTC-4)
Source App: TextMe
Body: Good morning Belle, I just gave a friend of mine, Phil, your number, he said he
was coming to Brooksville on a business trip today and wanted to see

---

From: From: beeellleee
Timestamp: 5/2/2017 11:16:14 AM(UTC-4)
Source App: TextMe
Body: No of course I don't mind. What's the Kentucky derby

---

From: From: beeellleee
Timestamp: 5/5/2017 2:47:09 PM(UTC-4)
Source App: TextMe
Body: Hey is everything still good for tomorrow??

---

From: From: +13528164143
Timestamp: 5/5/2017 3:29:56 PM(UTC-4)
Source App: TextMe
Body: Yeah I'm good to go. How about you? Lars

---

From: From: beeellleee
Timestamp: 5/6/2017 8:19:45 AM(UTC-4)
Source App: TextMe
Body: Yeah everything is good.

---

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 35 of 63 PageID
893
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 124 of 152 PageID
124

From: From: beeellleee
Timestamp: 5/6/2017 4:52:52 PM(UTC-4)
Source App: TextMe
Body: What time did you want me to come?

From: From: +13528164143
Timestamp: 5/6/2017 4:54:19 PM(UTC-4)
Source App: TextMe
Body: Whenever you are ready. If you want, I can cook us something to eat? Lars

From: From: beeellleee
Timestamp: 5/6/2017 5:19:04 PM(UTC-4)
Source App: TextMe
Body: I'll be around 7:30

From: From: +13528164143
Timestamp: 5/6/2017 6:57:20 PM(UTC-4)
Source App: TextMe
Body: Just letting you know, just got done watching Derby, shower time, Lars

From: From: beeellleee
Timestamp: 5/6/2017 7:25:48 PM(UTC-4)
Source App: TextMe
Body: Do you mind re giving me your address

From: From: +13528164143
Timestamp: 5/6/2017 7:26:35 PM(UTC-4)
Source App: TextMe
Body: 1250 NW 105TH TER Ocala Florida 34482. Lars

From: From: +13528164143
Timestamp: 5/7/2017 10:06:46 AM(UTC-4)
Source App: TextMe
Body: Hey Belle, found your bracelet under the pillow. LOL Lars

From: From: +13528164143
Timestamp: 5/7/2017 10:29:41 AM(UTC-4)
Source App: TextMe
Body: OK, thanks for the gr8 time. Lars

From: From: +13528164143
Timestamp: 5/8/2017 7:16:18 PM(UTC-4)
Source App: TextMe
Body: Good evening Belle, just giving you a heads up, I gave your number to a
gentlemen on the USASEXGUIDE, hope you don't mind that, also I gave you a revi

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 36 of 63 PageID
894
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 125 of 152 PageID
125

From: From: +13528164143
Timestamp: 5/8/2017 7:16:18 PM(UTC-4)
Source App: TextMe
Body: ew on the Ocala, G'vile and Tampa USASEXGUIDE. Stay well and stay safe.
Lars

The following review was located and attached to a Backpage ad dated May 16; 2017:



On June 9, 2017 a subpoena was obtained for 352-816-4143 for Verizon Wireless and subscriber information showed the number coming back to **LAWRENCE EDWARD KEMBLE** at 10589 NW 11 Pl, Ocala, Florida, 34482.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 37 of 63 PageID
895
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 126 of 152 PageID
126

On March 29, 2019, IH was shown a series of photo lineups in an effort to identify adults who engage in commercial sex acts with her. IH identified **LAWRENCE EDWARD KEMBLE,** W/M, DOB 06/10/1948 as a "client" she had met at his residence for the purpose of engaging in sexual activity with him for money. IH advised she engaged in vaginal sex and oral sex with **KEMBLE** in exchange for four hundred dollars to stay overnight at **KEMBLE'S** residence. K█████ did transport her to **KEMBLE'S** residence. IH stated she provided money that was earned from the commercial sex act to K█████.

### (h) <u>LATCHMAN KALADEEN</u>

The forensic examination of IH's cell phone revealed a phone number 813-815-6742 as a "client" who made contact with IH on her cellphone as of March 8, 2017 and it was apparent through text messages and several calls that the two had met. IH referred to the client as "Jerry" in text. IH was texting using the name "beeellleee." The following text messages were extracted from the IH's cell phone.

From: From: +18138156742
Timestamp: 3/8/2017 3:19:05 PM(UTC-5)
Source App: TextMe
Body: On my way baby

From: From: beeellleee
Timestamp: 3/8/2017 3:38:07 PM(UTC-5)
Source App: TextMe
Body: Okay stop texting my old number

From: From: beeellleee
Timestamp: 3/9/2017 5:13:45 PM(UTC-5)
Source App: TextMe
Body: Jerry i couldn't, I have to help out my roommate with her pulley. Please stop being pushy. I'm really stressed out right now, dinner is the last thing I'm thinking about.

From: From: +18138156742
Timestamp: 3/10/2017 7:43:11 PM(UTC-5)
Source App: TextMe
Body: So r u making lots of money

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 38 of 63 PageID
896
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 127 of 152 PageID
127

From: From: +18138156742
Timestamp: 3/11/2017 12:02:16 AM(UTC-5)
Source App: TextMe
Body: If u need any money I can bring it in morning before u go to your apm

From: From: +18138156742
Timestamp: 3/11/2017 4:01:09 PM(UTC-5)
Source App: TextMe
Body: Text me is not working for you

From: From: beeellleee
Timestamp: 3/12/2017 4:55:31 PM(UTC-4)
Source App: TextMe
Body: CALL MEEEE

From: From: +18138156742
Timestamp: 3/12/2017 5:04:53 PM(UTC-4)
Source App: TextMe
Body:
Call 3/12/2017 9:04:53 PM(UTC-0)

From: From: +18138156742
Timestamp: 3/12/2017 5:18:31 PM(UTC-4)
Source App: TextMe
Body: On my way

From: From: +18138156742
Timestamp: 3/12/2017 5:31:38 PM(UTC-4)
Source App: TextMe
Body: I'm here

On June 12, 2017 a subpoena was issued to Bandwith.com, Inc. for number 813-815-6742

and an additional subpoena was reissued to Cellco Partnership D/B/A Verizon Wireless due to

Bandwith advising the number belonged to Verizon Wireless. A response was received from

Verizon Wireless that the number belonged to Pinger, Inc. A subpoena was issued to Pinger, Inc.

for number 813-815-6742 who provided information the account belonged to

jerryboodo@gmail.com with an IP address of 47.197.10.163 and listed two most commonly used

IP addresses of 72.187.195.232 and 47.197.21.168.

Case 8:24-cv-01678-SDM-NHA     Document 112-1     Filed 03/14/25     Page 39 of 63 PageID
Case 8:24-cv-01678-SDM-NHA     Document 897     Filed 07/17/24     Page 128 of 152 PageID
128

On May 22, 2018 Circuit Court Judge Hitzman signed a search warrant for the Google account of jerryboodo@gmail.com. Google results linked the account with Narinie D Deokaran and a check in DAVID showed her at an address of 26300 Lawrence Avenue in Wesley Chapel, Florida. An address check in DAVID showed a Jenna Kaladeen and Jermy Kaladeen also reside at that address. Jenna Kaladeen had a US birth certificate listed in her documents which listed Narinie Deokaran as her mother and **LATCHMAN KALADEEN** (DOB 04/12/1970 from Guyana) as her father. Information was also found for vijayboodo@gmail.com. An image of **LATCHMAN KALADEEN** was found with a woman as well as an image of a permanent resident card with the name Ryan Singh.

A criminal history check of **LATCHMAN KALADEEN** revealed he used an alias of Jerry Kaladeen and Vijay Singh. It also showed on October 11, 2017, he was arrested in a Polk County for Solicitation for Prostitution using the name Vijay Singh. An open source check found a Facebook account for Jerry Singh which showed an image of **LATCHMAN KALADEEN** with same woman in the image from his Google account. The Facebook account lists him as married and from New Amsterdam, Guyana. Other images from his Facebook account show Narinie Deokaran and Jenna Kaladeen.

On March 20, 2018, **IH** was shown a series of photo lineups in an effort to identify adults who engaged in commercial sex acts with her. **IH** identified **LATCHMAN KALADEEN**, B/M, DOB 04/12/1970 as a "client" she met at **THE RESIDENCE** where she resided with K███████ for the purpose of engaging in sexual activity with him for money. **IH** advised she engaged in vaginal sex and oral sex multiple times with **KALADEEN** in exchange for one hundred dollars. **IH** advised that she had told K███████ that she did not want to have sexual contact with

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 40 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 898    Filed 07/17/24 · Page 129 of 152 PageID
129

KALADEEN but K███████ compelled IH to continue to do so. IH stated she provided money

that was earned from the commercial sex act K███████.

### (i) MATTHEW CHRISTOPHER DOYLE

The forensic examination of IH's cell phone revealed a phone number 727-266-3439 as a

"client" who made contact with IH on her cellphone as of March 15, 2017 and it was apparent

through text messages the two had met.   IH was texting using the name "beeellleee." The

following text messages were extracted from the IH's cell phone.

```
From: From: +17272663439
Timestamp: 3/15/2017 4:43:33 PM(UTC-4)
Source App: TextMe
Body: Hey interested in seeing you how much for your time

From: From: beeelileee
Timestamp: 3/15/2017 4:49:18 PM(UTC-4)
Source App: TextMe
Body:120hh 180hr

From: From: +17272663439
Timestamp: 3/15/2017 4:50:02 PM(UTC-4)
Source App: TextMe
Body: Location

From: From: beeelileee
Timestamp: 3/15/2017 4:50:30 PM(UTC-4)
Source App: TextMe
Body: Brooksville

From: From: +17272663439
Timestamp: 3/15/2017 4:50:51 PM(UTC-4)
Source App: TextMe
Body: Where in Brooksville address?

From: From: +17272663439
Timestamp: 3/15/2017 4:57:02 PM(UTC-4)
Source App: TextMe
Body: Rdy for me now
```

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 41 of 63 PageID
899
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 130 of 152 PageID
130

From: From: +17272663439
Timestamp: 3/15/2017 5:15:13 PM(UTC-4)
Source App: TextMe
Body: Hey sorry already headed back south. I'd like to meet up this week though. You
rather a call?

From: From: +17272663439
Timestamp: 3/15/2017 5:25:13 PM(UTC-4)
Source App: TextMe
Body: Called u back tried to find out where I'd go for future will help when I'm in the
area on business

From: From: +17272663439
Timestamp: 3/16/2017 10:50:24 AM(UTC-4)
Source App: TextMe
Body: What's up gorgeous. U took ur post down ?

From: From: beeellleee
Timestamp: 3/16/2017 10:51:36 AM(UTC-4)
Source App: TextMe
Body: Yeah I do that before I sleep

From: From: +17272663439
Timestamp: 3/16/2017 10:52:06 AM(UTC-4)
Source App: TextMe
Body: How come? So what's ur day look luke?

From: From: beeellleee
Timestamp: 3/16/2017 10:53:57 AM(UTC-4)
Source App: TextMe
Body: Why are you trying to set something up?

From: From: +17272663439
Timestamp: 3/16/2017 10:54:21 AM(UTC-4)
Source App: TextMe
Body: Do you not recall talking to me yesterday

From: From: beeellleee
Timestamp: 3/16/2017 10:55:16 AM(UTC-4)
Source App: TextMe
Body: You were looking to set something up around 12?

From: From: +17272663439
Timestamp: 3/16/2017 10:56:46 AM(UTC-4)
Source App: TextMe
Body: Yes ma'am gonna be more like 1 I'd say.

---
From: From: +17272663439
Timestamp: 3/16/2017 10:59:41 AM(UTC-4)
Source App: TextMe
Body: I'm gonna need an address to know where I'm going

---
From: From: beeellleee
Timestamp: 3/16/2017 11:00:29 AM(UTC-4)
Source App: TextMe
Body: Can I give you something that is close and then you tell me when ur there I'll send you my actual address?

---
From: From: beeellleee
Timestamp: 3/16/2017 11:03:03 AM(UTC-4)
Source App: TextMe
Body: Well actually I've never met with you before so I'm more cautious than I usually am.

---
From: From: beeellleee
Timestamp: 3/16/2017 11:04:34 AM(UTC-4)
Source App: TextMe
Body: ███  ██████████ brooksville fl

---
From: From: beeellleee
Timestamp: 3/16/2017 12:08:52 PM(UTC-4)
Source App: TextMe
Body: Hey you gunna have to come later I'm stepping out for a bit to help my friend with something.

---
From: From: +17272663439
Timestamp: 3/16/2017 1:08:26 PM(UTC-4)
Source App: TextMe
Body: Ok well headed back down south was hoping to meet you :-/

---
From: From: +17272663439
Timestamp: 3/21/2017 6:59:09 PM(UTC-4)
Source App: TextMe
Body: Hey Belle. I'd like to see you tomorrow are you available?

---
From: From: beeellleee
Timestamp: 3/21/2017 6:59:42 PM(UTC-4)
Source App: TextMe
Body: What time?

---

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 43 of 63 PageID
901
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 132 of 152 PageID
132

From: From: +17272663439
Timestamp: 3/21/2017 7:00:00 PM(UTC-4)
Source App: TextMe
Body: What time is good for you? And how much for your time?
_____

From: From: beeellleee
Timestamp: 3/21/2017 7:01:29 PM(UTC-4)
Source App: TextMe
Body: 120 hh 180 hr  And how's 12?
_____

From: From: +17272663439
Timestamp: 3/21/2017 7:02:00 PM(UTC-4)
Source App: TextMe
Body: 12 is perfect. Location?
_____

From: From: beeellleee
Timestamp: 3/21/2017 7:02:24 PM(UTC-4)
Source App: TextMe
Body: We've talked before you know that right?
_____

From: From: +17272663439
Timestamp: 3/21/2017 7:03:12 PM(UTC-4)
Source App: TextMe
Body: Yes I know You had made a time with me had to help a friend and couldn't make
it. Gave me your address but I have since erased the messages.
_____

From: From: +17272663439
Timestamp: 3/21/2017 7:07:42 PM(UTC-4)
Source App: TextMe
Body: OK wasn't sure since last time you dissapeared. I had felt comfortable enough
since we actually talked on the phone. So did you want to give me your address and I'll
be there at 12.
_____

From: From: beeellleee
Timestamp: 3/21/2017 7:08:24 PM(UTC-4)
Source App: TextMe
Body: I'll give it to you around 1130
_____

From: From: beeellleee
Timestamp: 3/21/2017 8:45:12 PM(UTC-4)
Source App: TextMe
Body: What do you do?
_____

From: From: +17272663439
Timestamp: 3/21/2017 8:46:15 PM(UTC-4)
Source App: TextMe

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 44 of 63 PageID
902
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 133 of 152 PageID
133

Body: Medical. Deal with patients but if there aren't any I just wait for someone to get sick or hurt lol. You? Go to school or anything?

---

From: From: beeellleee
Timestamp: 3/21/2017 9:30:11 PM(UTC-4)
Source App: TextMe
Body: Have you heard about the arrests they've made in Polk county?

---

From: From: +17272663439
Timestamp: 3/21/2017 9:30:38 PM(UTC-4)
Source App: TextMe
Body: I have not why?

---

From: From: beeellleee
Timestamp: 3/21/2017 9:31:48 PM(UTC-4)
Source App: TextMe
Body: I'm just curious. But I would like to just say your only coming over just to talk.

---

From: From: +17272663439
Timestamp: 3/21/2017 9:33:32 PM(UTC-4)
Source App: TextMe
Body: Well yeah I am only asking for your time nothing else. That's what I said at the beginning. Asked about your time. Also why I'm asking you questions to get to know you. I enjoy getting to know people

---

From: From: +17272663439
Timestamp: 3/22/2017 9:47:26 AM(UTC-4)
Source App: TextMe
Body: You ready to send me the address?

---

From: From: beeellleee
Timestamp: 3/22/2017 9:57:51 AM(UTC-4)
Source App: TextMe
Body: ██████████

---

From: From: +17272663439
Timestamp: 3/22/2017 10:53:40 AM(UTC-4)
Source App: TextMe
Body: 10 mins out can u meet me outside so I know which house and ease

---

From: From: +17272663439
Timestamp: 3/22/2017 10:59:26 AM(UTC-4)
Source App: TextMe
Body: K 5 out

---

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 45 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 993    Filed 07/17/24    Page 134 of 152 PageID
134

From: From: beeellleee
Timestamp: 3/22/2017 10:59:31 AM(UTC-4)
Source App: TextMe
Body: I'll have a red truck out front you won't miss it

From: From: +17272663439
Timestamp: 3/22/2017 11:03:58 AM(UTC-4)
Source App: TextMe
Body: Here

From: From: +17272663439
Timestamp: 3/22/2017 12:16:36 PM(UTC-4)
Source App: TextMe
Body: That was awesome. You're gorgeous and fun to be around

From: From: +17272663439
Timestamp: 3/22/2017 4:19:40 PM(UTC-4)
Source App: TextMe
Body: How's the Dr's appt going

From: From: beeellleee
Timestamp: 3/22/2017 4:31:24 PM(UTC-4)
Source App: TextMe
Body: Omg so glad you asked. Sorry i didn't responded earlier I was busy. But it went well actually glad I didn't have anything really bad. They gave my steroids for something like some type of vascular inflammation

From: From: +17272663439
Timestamp: 3/22/2017 5:10:27 PM(UTC-4)
Source App: TextMe
Body: Lol of course. I enjoyed you and like you so I am concerned for your health and well being. Wanna make sure you stay alive so I can see you again, take you out sometime too. So stay alive ok? 😂😂. What did they give you glucocorticoids or solumedrol. So they said it was a vascular inflammation and not a infection like upper respiratory infection?

From: From: beeellleee
Timestamp: 3/22/2017 5:18:51 PM(UTC-4)
Source App: TextMe
Body: They gave me prednisone

From: From: +17272663439
Timestamp: 3/22/2017 5:21:26 PM(UTC-4)
Source App: TextMe
Body: Yeah That's A gluco. That'll bulk u up. Tajes a while to take affect. so you'll stay alive longer then?

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 46 of 63 PageID
904
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 135 of 152 PageID
135

From: From:  beeellleee
Timestamp: 3/22/2017 5:27:48 PM(UTC-4)
Source App: TextMe
Body: For you, definitely.

From: From:  +17272663439
Timestamp: 3/22/2017 5:28:50 PM(UTC-4)
Source App: TextMe
Body: Oh strictly for me? I feel so special lol. I wanna see you soon again. Thinking
Friday. Depending on if I get stuck at work.

From: From:  +17272663439
Timestamp: 3/22/2017 8:41:56 PM(UTC-4)
Source App: TextMe
Body: Roiiiiiiiight. Well I'm finishing up Donner with my oldest. Call u when I get
home. Call this number?

From: From:  beeellleee
Timestamp: 3/22/2017 8:45:21 PM(UTC-4)
Source App: TextMe
Body: Well I would give you my personal number nobody haves if you'd do the same?
But if your totally not right we can just talk off this one.

From: From:  +17272663439
Timestamp: 3/22/2017 9:15:09 PM(UTC-4)
Source App: TextMe
Body: Ready to call lol need the number fool

From: From:  beeellleee
Timestamp: 3/22/2017 9:15:53 PM(UTC-4)
Source App: TextMe
Body: ███████

From: From:  +17272663439
Timestamp: 5/16/2017 7:50:44 AM(UTC-4)
Source App: TextMe
Body: Guess I got the gfe :-( I really liked you.

A secondary number of 352-410-2306 was located in IH's cell phone and marked as Matt
Cams Boyfriend:
1 Name: Matt Cams Boyfriend
Photos: photo1.jpg
Created: 3/23/2017 4:46:05 PM(UTC-4)



+13524102306 Matt Cams Boyfriend *
5/13/2017 3:36:04 PM(UTC-4)
Read: help. I have a bachelor's in many things that can
help. I LIKE YOU you say I'm sweet take it fool

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:36:03 PM(UTC-4)
Read: when I can. U see u didn't want it at the time I
backed off. But I'm hoping you're ready now.
Whatever you're investing in I'm sure it's good but
I can

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:35:53 PM(UTC-4)
Read: You didn't quite finish were saying u were
investing your money in something I'd like to know
what it is.
Listen I like you. It's rare I do. So I strike

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:15:35 PM(UTC-4)
Read: Baaaaaaaaaaabbbbby. I really want to try and
work something with you and now that you are
moving I'm assuming you're changing your job?
Which you said yo

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:08:12 PM(UTC-4)
Read: Was he trying to meet up today? Because I can
tell you I have my children so I won't leave the
house

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 48 of 63 PageID
906
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 137 of 152 PageID
137

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:03:11 PM(UTC-4)
Read: It wasn't ducking me. I have your actual number. I
still have that other app but I haven't texted u from
it since I have your actual number. What did he
say?

+13524102306 Matt Cams Boyfriend *
5/13/2017 3:01:58 PM(UTC-4)
Sent A guy messaged me from the app, saying
everything, you only pointed out during our visit.
None of my other clients cared about that stuff.

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:59:18 PM(UTC-4)
Read: What? Idk what you're talking about. And didn't
yiu tell me that someone else came weird smelly
used your shower and didn't pay the full price?
What's go

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:58:15 PM(UTC-4)
Sent You were the only person who ever went in my
shower

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:56:51 PM(UTC-4)
Read: Well first why you say that? I have never
mispronounced your name. And second if you
have interest in me and and obviously have
interest in you. Why didn

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:54:26 PM(UTC-4)
Read: Yeah I know you told me your name was Belle not
bella. ████████████████ I know this
already.

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:53:48 PM(UTC-4)
Sent My name is spelled ████ not ████ that
really annoys me

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:52:58 PM(UTC-4)
Read: Lol. Ypur shower works i took a shower in it. So

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 49 of 63 PageID
907
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 138 of 152 PageID
138

what happened? Did you not have interest in me?
I don't mind if you didn't just kind of wanted the
truth.

─────────────────────────────

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:51:36 PM(UTC-4)
Sent Well I'm first trying to get out of the house with no
floors and a broken shower

─────────────────────────────

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:51:03 PM(UTC-4)
Read: Oh nice good for you. When do you move? Still
trying to do the school thing?

─────────────────────────────

+13524102306 Matt Cams Boyfriend *
5/13/2017 2:50:27 PM(UTC-4)
Sent I have a house in Dunnellon

─────────────────────────────

On June 12, 2017 a subpoena was issued to T-Moble for cell phone number 352-410-2306

and the subscriber was Matthew C Doyle. On June 12, 2017 a subpoena was issued to

Bandwith.com, Inc. for cell phone number 727-266-3439 and the subpoena was reissued to Pinger,

Inc. due to a response from Bandwith that the number belonged to Pinger, Inc. Pinger, Inc.

provided information the account belonged to mmdoylepc@aol.com with an IP address of

172.58.168.57. On March 15, 2018 a subpoena was issued to AOL, Inc for the subscriber

information of mmdoylepc@aol.com.

Crime Analysis completed a search of databases and found Matthew Doyle has a daughter

named Arianna Doyle and listed his job with the Eastlake Fire Rescue. Matthew also has a brother

named Brandon Doyle. On June 21, 2018 Circuit Court Judge Eineman signed a search warrant

for content of the email account: mmdoylepc@aol.com. In response to the Search Warrant, AOL,

Inc. provided account information which showed the registered owner as "Matt Doyle." The list

of contacts for mmdoylepc@aol.com, provided by AOL, Inc., included Arianna Doyle, Brandon

Doyle, and an email address for the East Lake Fire Rescue. In addition, several emails were

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 50 of 63 PageID
908
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 139 of 152 PageID
139

identified where  mmdoylepc@aol.com responded to other Backpage ads that were posted by

persons other than IH.

On March 29, 2018, IH was shown a series of photo lineups in an effort to identify adults

who engaged in commercial sex acts with her.  IH identified **MATTHEW CHRISTOPHER**

**DOYLE**, W/M, DOB 03/11/1980  as a "client" she met at **THE RESIDENCE** where she resided

with **K**▮▮▮▮▮▮  for the purpose of engaging in sexual activity with him for money.  **IH** advised

she engaged in vaginal sex and oral sex multiple times with **DOYLE** in exchange for money.  **IH**

stated she provided money that was earned from the commercial sex act **K**▮▮▮▮▮▮▮

### (j)  **JASON MICHAEL RAULERSON**

The forensic examination of IH's cell phone revealed a phone number 352-672-7203 as a

"client" who made contact with IH on her cellphone as of January 5, 2017 through text messages.

```
Read 1/5/2017 12:42:16 PM (UTC-5)
From +13526727203
Read Hello, I saw your ad
------------------------------
Sent 1/5/2017 12:42:53 PM (UTC-5)
To +13526727203
Sent Hey
------------------------------
Read 1/5/2017 12:43:07 PM (UTC-5)
From +13526727203
Read Do you have an incall?
------------------------------
Sent 1/5/2017 12:43:59 PM (UTC-5)
To +13526727203
Sent No im only doing outcalls today
------------------------------
Read 1/5/2017 12:43:59 PM (UTC-5)
From +13526727203
Read Oh ok.
------------------------------
Read 1/5/2017 1:05:36 PM (UTC-5)
From +13526727203
Read I can't get a place today
------------------------------
```

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 51 of 63 PageID
909
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 140 of 152 PageID
140

Sent 1/11/2017 2:45:05 PM (UTC-5)
To +13526727203
Sent Hey I have a place in ocala.

Read 1/11/2017 3:38:12 PM (UTC-5)
From +13526727203
Read Who's this? I'm sorry I got a new phone and most of my contact did not come over

Sent 1/11/2017 3:38:12 PM (UTC-5)
To +13526727203
Sent ▮

Read 1/11/2017 3:46:08 PM (UTC-5)
From +13526727203
Read Send me a pic please

Sent 1/11/2017 3:49:52 PM (UTC-5)
To +13526727203
Sent Where are you located

Read 1/11/2017 3:50:11 PM (UTC-5)
From +13526727203
Read Gainesville. I got to Ocala a lot though

Sent 1/11/2017 3:50:40 PM (UTC-5)
To +13526727203
Sent Do you remember me

Read 1/11/2017 3:50:11 PM (UTC-5)
From +13526727203
Read Oh yeah. Lol Sorry

Read 1/11/2017 4:07:00 PM (UTC-5)
From +13526727203
Read I'm not down there today. How long you have s place for?

Sent 1/11/2017 4:30:04 PM (UTC-5)
To +13526727203
Sent Till tomorrow morning

On October 11, 2018 a subpoena was issued to Cellco Partnership dba Verizon Wireless

for cell phone number 352-672-7203 and subscriber information shows the number is registered

to Jason Raulerson at 23748 NW 142ⁿᵈ Ave, High Springs, Fl 32643.

Page 51 of 63

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 52 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 110    Filed 07/17/24    Page 141 of 152 PageID
141

On March 29, 2018, **IH** was shown a series of photo lineups in an effort to identify adults who engaged in commercial sex acts with her. **IH** identified **JASON MICHAEL RAULERSON,** W/M, DOB 02/10/1973 as a "client" she met at **THE RESIDENCE** where she resided with K████ for the purpose of engaging in sexual activity with him for money. **IH** advised she engaged in vaginal sex four to five times with **RAULERSON** in exchange for one hundred twenty to one hundred forty dollars each time. **IH** stated she provided money that was earned from the commercial sex act K████.

## CHARGES

### COUNT 1
### HUMAN TRAFFICKING OF A MINOR FOR COMMERCIAL SEXUAL ACTIVITY

Beginning on or about November 2016 and continuing through on or about May 17, 2017, in Hernando, Marion and Levy Counties, Florida, K█████ █ █ █████ **SHAWN CHRISTOPHER HENSON, LUIGI BARILE, BRYAN JOSEPH GIGUERE, JAMES WILLIAM HANCOCK, JOSPEH ANDREW EASTON, LAWRENCE EDWARD KEMBLE, LATCHMAN KALADEEN, MATTHEW CHRISTOPHER DOYLE,** and **JASON MICHAEL RAULERSON** did knowingly, or in reckless disregard of the facts, engaged in, or attempted to engage in, or benefitted financially by receiving something of value from participation in a venture that subjected a minor child, that is **IH,** to human trafficking in violation of Florida Statute F.S. §787.06(3)(g), a crime that was facilitated by the use of the internet for the purposes of Florida Statute §16.56.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 53 of 63 PageID
911
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 142 of 152 PageID
142

## COUNT 2
## CONSPIRACY TO COMMIT HUMAN TRAFFICKING FOR
## COMMERCIAL SEXUAL EXPLOITATION OF A MINOR

Beginning on or about November of 2016 and continuing through on or about May 17,
2017, in Hernando, Marion, and Levy Counties, K██████ F██ H██████ SHAWN
CHRISTOPHER HENSON, LUIGI BARILE, BRYAN JOSEPH GIGUERE, JAMES
WILLIAM HANCOCK, JOSEPH ANDREW EASTON, LAWRENCE EDWARD
KEMBLE, LATCHMAN KALADEEN, MATTHEW CHRISTPHER DOYLE, and JASON
MICHAEL RAULERSON agreed, conspired, combined or confederated with each other to
knowingly, or in reckless disregard of the facts, engaged in, or attempted to engage in, or benefitted
financially by receiving something of value from participation in a venture that subjected a minor
child, that is IH to human trafficking in violation of Florida Statute F.S. §787.06(3)(g) and
§777.04(1), a crime that was facilitated by the use of the internet for the purposes of Florida Statute
§16.56.

## COUNT 3
## UNLAWFUL USE OF A TWO-WAY COMMUNICATION DEVICE

Beginning on or about November of 2016 and continuing through on or about May 17,
2017, in Hernando, Marion, Levy, Palm Beach and Hillsborough Counties, K██████ F██
H██████ SHAWN CHRISTOPHER HENSON, LUIGI BARILE, BRYAN JOSEPH
GIGUERE, JAMES WILLIAM HANCOCK, JOSEPH ANDREW EASTON, LAWRENCE
EDWARD KEMBLE, LATCHMAN KALADEEN, MATTHEW CHRISTOPHER DOYLE,
and JASON MICHAEL RAULERSON did use a two-way communications device, including,
but not limited to, a portable two-way wireless communications device, to facilitate or further the
commission of any felony offense, to wit: Human Trafficking (F.S. §787.06(3)(g)); Conspiracy to
Commit Human Trafficking (F.S. §787.06(3)(g) and §777.04), and/or Lewd and Lascivious

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 54 of 63 PageID
912
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 143 of 152 PageID
143

Battery (F.S. §800.04(a)) in violation of Florida Statute §934.215, a crime related to F.S. §787.06, for purposes of Florida Statute §16.56.

## COUNT 4
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **SHAWN CHRISTOPHER HENSON**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56,

## COUNT 5
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **LUIGI BARILE**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

## COUNT 6
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **BRYAN JOSEPH GIGUERE**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 55 of 63 PageID
913
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 144 of 152 PageID
144

## COUNT 7
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **JAMES WILLIAM HANCOCK**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

## COUNT 8
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **JOSEPH ANDREW EASTON**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

## COUNT 9
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **LAWRENCE EDWARD KEMBLE**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 56 of 63 PageID
914
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 145 of 152 PageID
145

## COUNT 10
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **LATCHMAN KALADEEN**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

## COUNT 11
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **MATTHEW CHRISTOPHER DOYLE**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

## COUNT 12
## LEWD OR LASCIVIOUS BATTERY

Between November 2016 and on or about May 17, 2017, **JASON MICHAEL RAULERSON**, a person over the age of 18, did engage in sexual activity with a person 12 years of age or older but less than 16 years, to wit: **IH**, in violation of Florida Statute §800.04(4)(a)(1), a crime that was facilitated by the use of the internet and said offense was related to and part of the perpetration of a violation §787.06 for the purposes of Florida Statute §16.56.

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 57 of 63 PageID
915
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 146 of 152 PageID
146

## DEFENDANTS

### (a) K███████ █ █H████

RACE:  WHITE
SEX:  FEMALE
DOB:  10/07/1981
FL DL: ███████████
SSN: ███████5
LKA: ████████████████████████████████

Violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:     Human Trafficking, F.S. §787.06(3)(g)
Count 2:     Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:     Unlawful Use of a Two-Way Communication Device, F.S. §934.215

### (b) SHAWN CHRISTOPHER HENSON

RACE:  WHITE
SEX:  MALE
DOB:  03/13/1980
FL DL: H525-783-80-093-0
SSN: █████████
LKA: 27619 W Newberry Road, Newberry, FL 32669

Violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:     Human Trafficking, F.S. §787.06(3)(g)
Count 2:     Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:     Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Count 4:     Lewd or Lascivious Battery, F.S. §800.04(a)

### (c) LUIGI BARILE

RACE:  WHITE
SEX:  MALE
DOB:  04/10/1981
FL DL: B640-520-81-130-0
SSN: █████████
LKA: 3487 Misty View Drive, Spring Hill, FL 34609

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:     Human Trafficking, F.S. §787.06(3)(g)
Count 2:     Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:     Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Count 5:     Lewd or Lascivious Battery, F.S. §800.04(a)

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 58 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 116    Filed 07/17/24    Page 147 of 152 PageID
147

### (d) BRYAN JOSEPH GIGUIRE

RACE: WHITE
SEX: MALE
DOB: 03/03/1973
FL DL: G260-070-73-083-0
SSN: ███████
LKA: 10604 W Hall River Road, Homosassa, FL 34448

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:      Human Trafficking, F.S. §787.06(3)(g)
Count 2:      Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:      Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Count 6:      Lewd or Lascivious Battery, F.S. §800.04(a)

### (e) JAMES WILLIAM HANCOCK

RACE: WHITE
SEX: MALE
DOB: 03/22/1952
FL DL: H522-459-52-102-0
SSN: ███████
LKA: 6699 Moonlit Drive, Delray Beach, FL 33446

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:      Human Trafficking, F.S. §787.06(3)(g)
Count 2:      Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:      Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Count 7:      Lewd or Lascivious Battery, F.S. §800.04(a)

### (f) JOSEPH ANDREW EASTON

RACE: WHITE
SEX: MALE
DOB: 10/12/1994
FL DL: E235-481-94-372-0
SSN: ███████
LKA: 6607 E Sage Street, Inverness, FL 34452

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

Count 1:      Human Trafficking, F.S. §787.06(3)(g)
Count 2:      Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1)
Count 3:      Unlawful Use of a Two-Way Communication Device, F.S. §934.215
Count 8:      Lewd or Lascivious Battery, F.S. §800.04(a)

Case 8:24-cv-01678-SDM-NHA   Document 112-1   Filed 03/14/25   Page 59 of 63 PageID
917
Case 8:24-cv-01678-SDM-NHA   Document 1   Filed 07/17/24   Page 148 of 152 PageID
148

### (g) LAWRENCE EDWARD KEMBLE

**RACE: WHITE**
**SEX: MALE**
**DOB: 06/10/1948**
**FL DL: K514-525-48-210-0**
**LKA: 10641 NW 10TH Street Road, Ocala, FL 34482**

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

| | |
|---|---|
| Count 1: | Human Trafficking, F.S. §787.06(3)(g) |
| Count 2: | Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1) |
| Count 3: | Unlawful Use of a Two-Way Communication Device, F.S. §934.215 |
| Count 9: | Lewd or Lascivious Battery, F.S. §800.04(a) |

### (h) LATCHMAN KALADEEN

**RACE: BLACK**
**SEX: MALE**
**DOB: 04/12/1970**
**FL DL: K435-520-70-132-0**
**LKA: 26300 Lawrence Avenue, Wesley Chapel, Florida 33544**

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

| | |
|---|---|
| Count 1: | Human Trafficking, F.S. §787.06(3)(g) |
| Count 2: | Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1) |
| Count 3: | Unlawful Use of a Two-Way Communication Device, F.S. §934.215 |
| Count 10: | Lewd or Lascivious Battery, F.S. §800.04(a) |

### (i) MATTHEW CHRISTOPHER DOYLE

**RACE: WHITE**
**SEX: MALE**
**DOB: 03/11/1980**
**FL DL: D400-543-80-091-0**
**LKA: 2237 Anchor Avenue, Spring Hill, Fl 34608**

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

| | |
|---|---|
| Count 1: | Human Trafficking, F.S. §787.06(3)(g) |
| Count 2: | Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1) |
| Count 3: | Unlawful Use of a Two-Way Communication Device, F.S. §934.215 |
| Count 11: | Lewd or Lascivious Battery, F.S. §800.04(a) |

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 60 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 1-8    Filed 07/17/24    Page 149 of 152 PageID
918
149

### (j)  JASON MICHAEL RAULERSON

**RACE: WHITE**
**SEX: MALE**
**DOB: 02/10/1973**
**FL DL: R462-433-73-050-0**
**LKA: 23748 NW 142nd Ave, High Springs, Fl 32643**

violated the following Florida Statutes and requests a warrant for her arrest be issued for:

| | |
|---|---|
| Count 1: | Human Trafficking, F.S. §787.06(3)(g) |
| Count 2: | Conspiracy to Commit Human Trafficking, F.S. §787.06(3)(g) and §777.04(1) |
| Count 3: | Unlawful Use of a Two-Way Communication Device, F.S. §934.215 |
| Count 11: | Lewd or Lascivious Battery, F.S. §800.04(a) |

## REQUEST FOR ORDER SEALING PLEADINGS UNTIL DEFENDANTS' ARREST

Lastly, the Affiant requests that this Affidavit and Application be ordered "sealed" until

the Defendants are in custody.

In addition, due to the sensitive nature of the charges and the age of the victim, it is

requested the upon unsealing and prior to filing with the clerk and other disclosure, the Affidavit

and Application should be redacted so as to protect the identity of the minor victim pursuant to

*Marsy's Law* (Florida Const. Article I, Section 16, effective January 8, 2019); Florida Statute §

92.56 which governs Judicial proceedings and court records involving sexual offenses and human

trafficking; and Florida Statute §119.071(2)(h) which governs the General exemptions from

inspection or copying of public records as it specifically relates to victims of human trafficking

and other crimes of sexual abuse and exploitation of children.  Specifically, any names, addresses,

reference to custody or other information which could reasonably lead to the identification of the

victim should be redacted.  A redacted copy of this Application and Affidavit is being provided

with this Original for the Court's review and approval.

In conclusion, the Affiant requests that:

1. An Arrest Warrant be issued commanding all sheriff's or any of their duly authorized
deputies, all chiefs of police and their officers, and the Executive Directors of the Florida

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 61 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 19    Filed 07/17/24    Page 150 of 152 PageID
910
150

Department of Law Enforcement or any of their duly authorized special agents to arrest the above-named Defendants and bring them before the court so that they may be dealt with according to law;

2. That bonds be set at as follows:

| COUNT | CHARGE | DEGREE/MAX | BOND |
|-------|--------|------------|------|
| 1 | Human Trafficking | 1st Degree PBL | No Bond |
| 2 | Conspiracy to Commit Human Trafficking | 1st Degree 30 years | $500,000.00 |
| 3 | Unlawful Use of a Two-Way Communications Device | 3rd Degree 5 years | $50,000.00 |
| 4 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 5 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 6 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 7 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 8 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 9 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 10 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 11 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |
| 12 | Lewd or Lascivious Battery | 2nd Degree 15 years | $100,000.00 |

3. That this Application and any Arrest Warrants stemming from it be maintained and sealed until further Order of the Court and upon unsealing but prior to disclosure it be redacted pursuant to *Marsy's Law* (Florida Const. Article I, Section 16, effective January 8, 2019); Florida Statute § 92.56 and Florida Statute §119.071(2)(h), as provided.

4. That the following special conditions be imposed should the Defendant(s) bond out of jail pending trial:

   (a) The Defendant is prohibited from communicating orally or in any written form, either in person, telephonically, electronically, including social media, or in any other manner, either directly or indirectly through a third person, with the minor victim, "IH."

Case 8:24-cv-01678-SDM-NHA   Document 112-1   Filed 03/14/25   Page 62 of 63 PageID
Case 8:24-cv-01678-SDM-NHA   Document 20   Filed 07/17/24   Page 151 of 152 PageID
151

(b) The Defendant is prohibited from having intentional contact with any child under the age of 18.

(c) The Defendant is prohibited from possessing, accessing, or using any computers or devices with an internet connection or internet capabilities.

(d) The Defendant is prohibited from being within 500 feet of the minor female victim's residence, vehicle, school or employment.

(e) The Defendant is prohibited from working for pay or as a volunteer or as a student at any place where children regularly congregate, including but not limited to any school, child care facilities, park playground, pet store, library, zoo, theme park, shopping mall, or health care facility.

(f) The Defendant is prohibited from possessing, carrying, or owning any firearms.

(g) The Defendant is prohibited from possessing, viewing, accessing or owning obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services that are relevant to the offenders deviant behavior pattern.

(h) The Defendant is prohibited from committing a new violation of law. A conviction in a court of law is not necessary for such a violation of law to constitute a violation of pre-trial release.

(i) The Defendant is prohibited from associating with any person engaged in criminal activity.

(j) The Defendant is prohibited from using intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. The Defendant is also prohibited from visiting places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(k) The Defendant shall be placed on a GPS monitor and the Defendant shall surrender his/her passport.

The Affiant swears and affirms that the information contained herein is true and accurate to the best of the Affiant's knowledge. The Affiant is also aware that, because of the amount of documentation in this investigation, and because the Application is in many ways a summary of the case, there is almost certainly some relevant evidence pertaining to the Defendants which has

Case 8:24-cv-01678-SDM-NHA    Document 112-1    Filed 03/14/25    Page 63 of 63 PageID
Case 8:24-cv-01678-SDM-NHA    Document 1    Filed 07/17/24    Page 152 of 152 PageID
921
152

not been covered in this Application. The events described herein took place within the Fifth and

Eighth Judicial Circuits in the State of Florida and all were facilitated by the use of the internet.

Sworn and subscribed to in Hernando County, Florida, this ⌐3⌐ day of May, 2019

Detective Jill Morrell #902
Hernando County Sheriff's Office


Sworn and subscribed to before me, Honorable _____, Judge of the
Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida, this ___ day of
May, 2019.

Circuit Court Judge
Fifth Judicial Circuit of Florida

UNOFFICIAL DOCUMENT