
**UNITED STATES POSTAL SERVICE.**

STUART
801 SE JOHNSON AVE
STUART, FL 34994-9998
(800) 275-8777

05/02/2025                                    04:52 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.59 |
| Large Envelope | | | |

Orlando, FL 32831
Weight: 0 lb 4.60 oz
Estimated Delivery Date
Thu 05/08/2025

Certified Mail®                                         $4.85
    Tracking #:
    9589 0710 5270 1431 4751 50
Return Receipt                                          $4.10
    Tracking #:
    9590 9402 9164 4225 5497 43
Total                                                  $11.54

Grand Total:                                           $11.54

Credit Card Remit                                      $11.54
    Card Name: VISA
    Account #: XXXXXXXXXXXX2872
    Approval #: 078621
    Transaction #: 037
    AID: A0000000980840      Contactless
    AL: US DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 118745-0620
Receipt #: 840-53270168-4-8156758-2
Clerk: 14

---

### U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Orlando, FL 32831

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| $ | $4.10 | 0620 |
| Extra Services & Fees (check box, add fee as appropriate) | | 14 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.59 | |

MAY - 2 2025
05/02/2025

Total Postage and Fees
$11.54

Sent To  Luis Barile #B61401A21135

Street and Apt. No., or PO Box No.  Central FL Rec Ctr / South Unit 7000

City, State, ZIP+4®  HC 107 Kid Rd. Orlando, FL 328312518

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

4751 50   1431   5270   0710   9589