

**UNITED STATES POSTAL SERVICE**

STUART
801 SE JOHNSON AVE
STUART, FL 34994-9998
(800)275-8777

05/07/2025                     05:04 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $13.15 |

   Orlando, FL 32831
   Weight: 4 lb 1.80 oz
   Expected Delivery Date
     Mon 05/12/2025
   Insurance                         $0.00
     Up to $100.00 included
   Certified Mail®                $4.85
     Tracking #:
        9589 0710 5270 1431 4747 64
   Return Receipt              $4.10
     Tracking #:
        9590 9402 9164 4225 5496 56

Total                                  $22.10

Grand Total:                    $22.10

Credit Card Remit            $22.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX2872
   Approval #: 023926
   Transaction #: 809
   AID: A0000000980840     Contactless
   AL: US DEBIT

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Orlando, FL 32831    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $4.10 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $13.15 |
| Total Postage and Fees | $22.10 |

Postmark Here — STUART, FL — MAR 7 2025 — 05/07/2025

Sent To: Luigi Barite / # B61901A21135
Street and Apt. No., or PO Box No.: Central Florida Reception Ctr
City, State, ZIP+4®: S.Unit 7000 / HC Kelly Rd Orlando, FL

9589 0710 5270 1431 4747 64

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions