UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, I.H.,

     Plaintiff,

v.                           CASE NO. 8:24-cv-1678-SDM-NHA

SALESFORCE, et al.,

     Defendants.
_____/

**<u>ORDER</u>**

     MGM Hotels, LLC, and GOSAI 9, LLC (doing business as Quality Inn and Days Inn by Windham) (collectively, the hotels), move (Docs. 118, 125, 126) again to dismiss each action against each hotel. The plaintiff responds (Docs. 120, 152, 153) in opposition to each motion.

     To support the proposition that "[c]ourts have found hotel operators liable for IIED where they knowingly failed to act in the face of trafficking indicators," each response (Docs. 120, 152, 153) cites two cases — *Doe v. City of Miami*, 2019 WL 7193998, at *12 (S.D. Fla. Dec. 26, 2019), and *Doe v. Harbourview Inn, LLC*, 2023 WL 112527, at *9 (D.S.C. Jan. 4, 2023). A search (in WestLaw and Lexis) for both cases

returns no results.  No later than JULY 8, 2025, the plaintiff must file on the docket a notice and attach the text of each case.

ORDERED in Tampa, Florida, on July 2, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE