UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, I.H.,

    Plaintiff,

v.                              CASE NO. 8:24-cv-1678-SDM-NHA

SALESFORCE, et al.,

    Defendants.
_____/

**ORDER**

    Because "[a] review of the docket reveal[ed] no motion for a default judgment against Kemble or Henson and reveal[ed] no motion for entry of a default against Griguere, Hancock, or Lachman," an earlier order (Doc. 166) requires the plaintiff no later than July 14, 2025, to show cause "why each action against Griguere, Hancock, Kemble, Henson, and Lachman should not be dismissed in accord with Local Rule 1.10(d)." A review of the docket reveals no response to the show cause order.

    Although she fails to show cause in accord with the earlier order, the plaintiff moves for entry of a default judgment (Docs. 174 and 175) and moves for entry of a clerk's default (Docs. 168, 171, 172, and 173). Each motion for a default judgment (Docs. 174 and 175) and each motion for a clerk's entry of default (Docs. 168, 171, 172, and 173) is **DENIED**.

    In accord with the earlier order (Doc. 166) and no later than **July 28, 2025**, the plaintiff must **SHOW CAUSE**. Failure to comply with this order will result in an

order dismissing without further notice each action against Griguere, Hancock, Kemble, Henson, and Lachman.

ORDERED in Tampa, Florida, on July 18, 2025.

                                                      */s/ Steven D. Merryday*
                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE