UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, I.H.,

    Plaintiff,

v.                                        CASE NO. 8:24-cv-1678-SDM-NHA

SALESFORCE, et al.,

    Defendants.
_____/

## ORDER

An earlier order (Doc. 178) dismisses with prejudice each claim against MGM Hotels, LLC, and Gosai 9, LLC. The plaintiff appeals (Doc. 193) and attaches to the notice of appeal an unredacted motion (Doc. 193-1) to proceed *in forma pauperis*. The plaintiff separately moves (Doc. 194) to seal the motion to proceed *in forma pauperis*. The attached motion (Doc. 193-1) to proceed *in forma pauperis* is **STRICKEN**, and the clerk is directed to delete the image of the attachment from the docket. To the extent that the plaintiff's motion (Doc. 194) to seal requests leave to separately file under seal a motion to proceed on appeal *in forma pauperis*, the motion (Doc. 194) is **GRANTED**. The plaintiff may move under seal to proceed on appeal *in forma pauperis*.

    ORDERED in Tampa, Florida, on August 19, 2025.

                                                                                             _____
                                                                                             STEVEN D. MERRYDAY
                                                                        UNITED STATES DISTRICT JUDGE