## VERIFIED RETURN OF SERVICE

State of Florida        County of Broward        Disctrict Court

Case Number: 8:24-CV-1678-SDM-NHA

Plaintiff:
**JANE DOE, I.H., AN INDIVIDUAL**

vs.

Defendant:
**SALESFORCE, et. al.**

For:
Travis R. Walker
The Law Offices Of Travis R. Walker, P.A.
1100 Se Federal Highway
Stuart, FL 34494

Received by Joseph A. Onega on the 17th day of July, 2025 at 1:12 pm to be served on **Salesforce.com, LLC by and through their C/AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Joseph A. Onega, being duly sworn, depose and say that on the **18th day of July, 2025 at 10:40 am, I:**

Served the within named **CORPORATION** by delivering a true copy of the **21 days civil summons with exhibits,and second amended verified complaint for damages and jury demand** with the date and hour of service endorsed thereon by me to **Donna Moch** as **Senior Corp Ops Manager** of CT Corporation System at **1200 South Pine Island Road, Plantation, FL 33324** who is the **Registered Agent** of the within named corporation, after informing said person of the contents of the matter thereof in compliance with FL State Statutes 48.091.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: _____

JUL 21 2025

Subscribed and Sworn to before me on the 21 day of July 2025 by the affiant who is personally known to me.

NOTARY PUBLIC
CRYSTAL MICHELIN
Commission # HH 243701
Expires April 2, 2026

Joseph A. Onega
Special Process Server#1253

Spector Investigations Inc.
10380 S.W. Village Center Dr.
#231
Port St. Lucie, FL 34987
(772) 332-7466

Our Job Serial Number: LRA-2025007091

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ☑

JANE DOE, I.H., an individual,   )
)
)
)
*Plaintiff(s)*   )
v.   )   Civil Action No. 8:24-cv-1678 -SDM-NHA
SALESFORCE, et. al.   )
)
)
)
*Defendant(s)*   )

7/18/25
10:40am
JO #1253

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Salesforce.com, LLC by and through their C/agent C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Travis R. Walker, P.A.
Travis R. Walker Esq. Florida Bar No. 33693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone: (772) 708-0952
Email: travis@traviswalkerlaw.com; service@traviswalkerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date: July 16, 2025

_____
*Signature of Clerk or Deputy Clerk*