# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:24-CV-10678-SDM-NHA

Plaintiff:
**Jane Doe, I.H., an Individual**

vs.

Defendant:
**Salesforce, et. al.**

For:
Travis Walker

Received by Joseph Gillespie on the 17th day of July, 2025 at 2:07 pm to be served on **Backpage.com, LLC c/o their Attorney Mark Castillo, 901 Main St, Suite 5500, Dallas, Dallas County, TX 75202**.

I, Joseph Gillespie, being duly sworn, depose and say that on the **18th day of July, 2025** at **11:59 am, I:**

Executed service by hand delivering a true copy of the **Summons in a Civil Action and Second Amended Verified Complaint for Damages and Jury Demand with Exhibit A**, to: **Linda Sparks c/o their Attorney Mark Castillo personally** as **Legal assistant** at the address of: **901 Main St, Suite 5500, Dallas, Dallas County, TX 75202**, who is authorized to accept service for **Backpage.com, LLC**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 18th day of July, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

CHARLES PARKER GOODSON
Notary Public, State of Texas
Comm. Expires 10-27-2027
Notary ID 130419821

Joseph Gillespie
PSC-17416 Exp 12/31/2025

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2025005814

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

JANE DOE, I.H., an individual, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:24-cv-1678 -SDM-NHA
SALESFORCE, et. al. )
) JG # 17416
) 7/18/25 11:59am
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Backpage.com, LLC located at 2501 East Oak Lawn Avenue, Suite 700, Dallas TX 75219

By and through their Attorney Mark Castillo at 901 Main Street, Suit 5500, Dallas TX 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Travis R. Walker, P.A.
Travis R. Walker Esq. Florida Bar No. 33693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone: (772) 708-0952
Email: travis@traviswalkerlaw.com; service@traviswalkerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date: July 16, 2025

*Signature of Clerk or Deputy Clerk*