IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, I.H., an individual,                    CASE NO.: 8:24-cv-1678

    Plaintiff,

v.

SALESFORCE, et. al.

    Defendants.
_____/

## MOTION FOR CLERK'S DEFAULT

Plaintiff, Jane Doe, I.H., pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10, respectfully moves this Court for entry of a Clerk's Default against Defendant, **BACKPAGE.COM**, and states as follows:

1. Service of process was properly effected in accordance with **Federal Rule of Civil Procedure 4**. On **July 18, 2025**, Defendant **BACKPAGE.COM** was served by hand delivery of a true and correct copy of the Summons in a Civil Action and Second Amended Verified Complaint for Damages and Jury Demand, together with Exhibit A, to **Linda Sparks**, legal assistant to Defendant's counsel, **Mark Castillo**, at **901 Main St., Suite 5500, Dallas, Texas 75202**. Ms. Sparks is authorized to accept service on behalf of Defendant. Proof of service was filed with the Court. [See Dkt. 200].

2. To date, the time within which Defendant was required to respond to the Complaint has expired. Defendant has failed to file an answer, motion, or any other responsive pleading as required by the Federal Rules of Civil Procedure.

3. Defendant has not requested or obtained an extension of time to respond to the Complaint.

**WHEREFORE**, Plaintiff Jane Doe, I.H. respectfully requests that the Clerk of Court enter a default against **Defendant BACKPAGE.COM** for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: August 21, 2025

        THE LAW OFFICES OF TRAVIS R. WALKER, P.A.

        By: __/s/ Travis R. Walker___
        Travis R. Walker Esq.
        Florida Bar No. 33693
        1100 SE Federal Highway
        Stuart, Florida 34994
        Telephone: (772) 708-0952
        travis@traviswalkerlaw.com
        service@traviswalkerlaw.com
        wasi@traviswalkerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

        THE LAW OFFICES OF TRAVIS R. WALKER, P.A.

        By: __/s/ *Travis R. Walker*___
            Travis R. Walker Esq.
            Florida Bar No. 33693
            1100 SE Federal Highway
            Stuart, Florida 34994
            Telephone: (772) 708-0952
            travis@traviswalkerlaw.com
            service@traviswalkerlaw.com
            wasi@traviswalkerlaw.com