AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-1678

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **John Brunst**
was received by me on *(date)* **7/16/2025** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Evan Montgomery** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Federal Bureau of Prisons**
on *(date)* **8/21/2025 at 2:31 PM** .

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **15 7.60** for travel and $ **0.00** for services, for a total of $ **157.60** .

I declare under penalty of perjury that this information is true.

Date: **8/21/2025**

*Server's signature*

**Joseph Confessore Texas Certified Process Server**
*Printed name and title* **PSC-24021**

**4717 Hondo Pass Dr, 1D-3074, El Paso, TX 79936**
*Server's address*

Additional information regarding attempted service, etc:

Service was completed in accordance with FRCP Rule 4(E)(1) while following Texas rules of Service for Incarcerated inmates. John Brunst is currently incarcerated with the Federal Bureau of Prisons at Federal Correctional Institution La Tuna. Inmate Register No. 91635-408. Even Montgomery is the Unit Manager and Designated Prison Official to receive service on behalf of John Brunst.