

Private Investigations • Process Service • Background Checks • Video and Photo Surveillance •

**Affidavit in Support of the Efforts of Service regarding Defendant, Scott Spear in the matter of Jane Doe, I.H. vs Salesforce et. Al. (8:24-cv-1678).**

On July 16th, 2025, Spector Investigations received an executed Summons and Complaint regarding the above captioned matter.

The address on the summons was 1225 E Avenida Hermosa, Phoenix, AZ 85014.

On July 18th, 2025, through research and investigation, Spector Investigations was able to determine the defendant was incarcerated at the Federal Correctional Institution at Terminal Island in California, due to sentencing from another Federal Case out of Arizona (NO. CR-18-00422-PHX-DJH).

On July 18th, 2025, Spector Investigations contacted FCI Terminal Island via phone and spoke with the operator who transferred the call to the inmate's counselor, Counselor Caciama direct line which went to voicemail. A detailed voicemail was left.

On July 18th, 2025, Spector Investigations utilized Joseph Confessore, a certified process server and licensed investigator from El Paso, Texas who has previously worked in the Federal Correctional System for assistance in serving the defendant on this matter. Confessore was unable to make contact with someone at FCI Terminal Island but advised the following via email (Exhibit A):

> There are things such as institutional emergencies, la rioting and other events that will cause a cease in all visitation including legal visits like this to serve an inmate. As well an inmate is allowed to refuse a legal visit to be served court documents, but then they are able to be served via certified mail. When the documents are served via certified mail, the mail room signs for it, then it is logged. The Correctional Counselor then signs for it. Then it is signed for by the inmate in a green log book. Hope this helps, as this is national BOP policy and procedure.

423 Delaware Ave. Fort Pierce, FL 34950 • License A140302 • Phone 772-332-7466 •
SpectorInvestigations@gmail.com



Private Investigations • Process Service • Background Checks • Video and Photo Surveillance •

On July 18th, 2025, Spector Investigations was requested by The Law Offices of Travis R. Walker to delay in servicing the remaining defendants in the above mentioned matter.

On August 20th, 2025, Spector Investigations was requested by The Law Offices of Travis R. Walker to continue serving the remaining defendants.

On August 21st, 2025, Spector Investigations contacted FCI Terminal Island via phone and was advised by the operator to call back for Counselor Caciama around 8:15am Pacific Time.

On August 21st, 2025, Spector Investigations contacted FCI Terminal Island via phone for Counselor Caciama. The operator attempted to radio Counselor Caciama but got no response. The operator transferred the phone call to the front lobby. Once the call was transferred to the front lobby, the clerk transferred the call to Counselor Caciama's direct line. There was no answer and a voicemail was left.

On August 21st, 2025, Spector Investigations utilized the assistance of Confessore to make contact with Couselor Caciama or someone within the Unit Team at FCI Terminal Island. Confessore emailed the executive assistant of FCI Terminal Island and received a response for how to serve the incarcerated defendant despite the multiple attempts to contact the defendant's Counselor. The executive assistant advised in their response via email that the documents need to be processed through the Los Angeles County Process Service by the Los Angeles County Sheriff's Department. (Exhibit B)

On August 21st, 2025, Spector Investigations contacted the Los Angeles County Sheriff's Civil Department and was advised by the clerk to contact the Long Beach County Branch for FCI Terminal Island process service needs.

423 Delaware Ave. Fort Pierce, FL 34950 • License A140302 • Phone 772-332-7466 •
SpectorInvestigations@gmail.com



**SPECTOR INVESTIGATIONS**

Private Investigations • Process Service • Background Checks • Video and Photo Surveillance •

On August 21st, 2025, Spector Investigations contacted the Long Beach County Branch and spoke to the clerk, Dolores, who advised they can serve the documents. However, they have to make an appointment with the prison to serve the documents but would not be able to arrange the service by August 25th, 2025, which is the deadline to serve the legal documents.

X_____Brianna Rath_____

Brianna Rath
Certified Process Server 19th Circuit #24-26

Subscribed and Sworn to before me on the 22nd day of August, 2025 by the affiant who is personally known to me.

X_____Linda A. Chase_____
Notary Public

LINDA A. CHASE
Commission # HH 301369
Expires November 7, 2026

423 Delaware Ave. Fort Pierce, FL 34950 • License A140302 • Phone 772-332-7466 •
SpectorInvestigations@gmail.com



Neil Spector <spectorinvestigations@gmail.com>

## FCI Inmate Service
12 messages

**Neil Spector** <spectorinvestigations@gmail.com>  Fri, Jul 18, 2025 at 1:14 PM
To: contact@ppa-i.com

Good afternoon Joseph,
It was a pleasure speaking with you today! Thank you so much for the information you provided regarding getting inmates served in federal prisons.

The one we would like to send you to get served is in LCI La Tuna in Anthony, TX. The inmate's name is John Brunst (Register #91635-408). His counselor's last name is Hernandez.

The other correctional institution we have an inmate to be served in the sunny state of California is LCI Terminal Island in San Pedro, (Los Angeles County). If you can get information in reference to how we can get a process server to serve the inmate or via his counselor (Counselor Caciama), that would be amazing!! The inmate's name is Scott Spear (Register #91634-408).

Thank you,
Brianna
(772) 342-8491
--
**Neil W. Spector**
**President**
**Spector Investigations**
**423 Delaware Ave**
**Fort Pierce, FL 34950**
**A1400302**
**772-332-7466**

spectorinvestigations@gmail.com

**Contact Us** <contact@ppa-i.com>  Fri, Jul 18, 2025 at 4:48 PM
To: Neil Spector <spectorinvestigations@gmail.com>

I just contacted FCI La Tuna.  Hernandez is no longer John Brunst's counselor.  I left my contact information with the new unit team who will have the current counselor call or email me on Sunday when she returns.  Current BOP policy is still the service is facilitated through the Correctional Counselor as verified by unit team.

I have been unable to get in contact with the someone at FCI Terminal Island, but the policy is the same BOP wide.  There are things such as institutional emergencies, la rioting and other events that will cause a cease in all visitation including legal visits like this to serve an inmate.  As well an inmate is allowed to refuse a legal visit to be served court documents, but then they are able to be served via certified mail.  When the documents are served via certified mail, the mail room signs for it, then it is logged.  The Correctional Counselor then signs for it.  Then it is signed for by the inmate in a green log book.

Hope this helps, as this is national BOP policy and procedure.

Best Regards,

Prompt Process Assistance & Investigations – TX LIC # A30893901
Texas Certified Process Server – PSC-24021
Member, Texas Association of Licensed Investigators (T.A.L.I.)
Member, National Association of Professional Process Servers (NAPPS)

📍 El Paso, TX

Exhibit B



Neil Spector <spectorinvestigations@gmail.com>

---

# Fwd: [EXTERNAL] Inmate Scott Spear Register No. 91634-408
3 messages

---

**Joseph Confessore** <jconfessore@ppa-i.com>  Thu, Aug 21, 2025 at 12:31 PM
To: "spectorinvestigations@gmail.com" <spectorinvestigations@gmail.com>

Brianna,

I just received this response to get this served.

*Joseph Confessore*

Licensed Private Investigator – **TX LIC # 01708309**
Texas Certified Process Server – **PSC-24021**
**Prompt Process Assistance & Investigations** – A30893901
Founder & CEO, **PromptIntel Corp**
Member, **Texas Association of Licensed Investigators (T.A.L.I.)**
Member, **National Association of Professional Process Servers (NAPPS)**

📱 Cell: (915) 407-8325
📧 Email: jconfessore@ppa-i.com
🌐 Website: www.ppa-i.com

*This email and any attachments are intended solely for the use of the individual or entity they are addressed to. They may contain privileged, confidential, or proprietary information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete all copies from your system.*

---------- Forwarded message ---------
From: TRM-ExecAssistant-S (BOP) <TRM-ExecAssistant-S@bop.gov>
Subject: Re: [EXTERNAL] Inmate Scott Spear Register No. 91634-408
Date: Aug 21 2025, at 10:30 am
To: Joseph Confessore <jconfessore@ppa-i.com>

Hello,

It will need to be processed through the Los Angeles County Process Service.

Los Angeles County Sheriff's Department
211 W Temple St, Los Angeles, CA 90012
(213) 229-1700

Thank you.

---

**From:** Joseph Confessore <jconfessore@ppa-i.com>
**Sent:** Thursday, August 21, 2025 9:28 AM

**To:** TRM-ExecAssistant-S (BOP) <TRM-ExecAssistant-S@bop.gov>
**Subject:** Re: [EXTERNAL] Inmate Scott Spear Register No. 91634-408

We need to setup service to serve this inmate, but normal protocol is to go through the inmates unit team for serving an inmate. However, due to being unable to get in touch for a couple months now, I reached out to the exec assistant email for assistance on serving this inmate.

*Joseph Confessore*

Licensed Private Investigator – **TX LIC # 01708309**
Texas Certified Process Server – **PSC-24021**
**Prompt Process Assistance & Investigations** – A30893901
Founder & CEO, **PromptIntel Corp**
Member, **Texas Association of Licensed Investigators (T.A.L.I.)**
Member, **National Association of Professional Process Servers (NAPPS)**

- Cell: (915) 407-8325
- Email: jconfessore@ppa-i.com
- Website: www.ppa-i.com

*This email and any attachments are intended solely for the use of the individual or entity they are addressed to. They may contain privileged, confidential, or proprietary information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete all copies from your system.*

On Aug 21 2025, at 10:26 am, TRM-ExecAssistant-S (BOP) <TRM-ExecAssistant-S@bop.gov> wrote:

> Hello,
>
> To clarify, do you need to serve paperwork to the inmate, or do you need to get in touch with Unit Team?
>
> Thank you.
>
> ---
>
> **From:** Joseph Confessore <jconfessore@ppa-i.com>
> **Sent:** Thursday, August 21, 2025 9:15 AM
> **To:** TRM-ExecAssistant-S (BOP) <TRM-ExecAssistant-S@bop.gov>
> **Subject:** [EXTERNAL] Inmate Scott Spear Register No. 91634-408
>
> I am attempting to get in contact about serving Inmate Scott Spear Register No. 01634-408 in regards to a US District Court case in Florida. I am reaching out to this email address because the front lobby officer transfers directly to the correctional counselor who does not return phone calls or pick up the phone. As the front lobby officer just stated to me on the phone "that's a unit team issue" in response to requesting to speak with the unit manager.
>
> This needs to be served by Monday, August 25, 2025 per the US District Court for the Middle District of Florida. Numerous attempts have been made in attempts to serve this by Spector Investigations, Prompt Process Assistance and Investigation and The Law Offices of Travis R. Walker, PA.
>
> *Joseph Confessore*
>
> Licensed Private Investigator – **TX LIC # 01708309**
> Texas Certified Process Server – **PSC-24021**
> **Prompt Process Assistance & Investigations** – A30893901
> Founder & CEO, **PromptIntel Corp**
> Member, **Texas Association of Licensed Investigators (T.A.L.I.)**
> Member, **National Association of Professional Process Servers (NAPPS)**