# AFFIDAVIT OF SERVICE

| Case: 8:24-cv-1678-SDM-NHA | Court: United States Distict Court for the Middle District of Florida | County: N/A | Job: 13983257 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jane Doe, I.H., an individual | | **Defendant / Respondent:** Salesforce, et. al. | |
| **Received by:** Ronald Pinkston | | **For:** The Law Offices of Travis R. Walker, P.A. - Travis R. Walker, Esq. | |
| **To be served upon:** Kristina Hughes (John Doe, the person or entity that owned the property located at 31199 Longwood Drive, Brooksville, Florida) | | | |

I, Ronald Pinkston, affirm and say: I am over the age of 18 years, not a party to this action, and a Certified Process Server, in good standing, in the judicial circuit in which service was effected. Endorsement was made on the top page of the documents, and I informed the served party of the contents herein. Under penalties of perjury, I declare I have read this document and the facts stated in it are true.

**Recipient Name / Address:** Tonya Wilson, Home: 1386 Northwest Turner Avenue, Lake City, FL 32055

**Manner of Service:** Substitute Service - Abode, Aug 21, 2025, 5:54 pm EDT

**Documents:** Summons in a Civil Action (Received Aug 21, 2025 at 10:40am EDT), Second Amended Verified Complaint for Damages and Jury Demand; Exhibits (Received Aug 21, 2025 at 10:40am EDT)

**Additional Comments:**
1) Successful Attempt: Aug 21, 2025, 5:54 pm EDT at Home: 1386 Northwest Turner Avenue, Lake City, FL 32055 received by Tonya Wilson.
Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 115; Height: 5'3"; Hair: Brown; Relationship: Mother-in-law ;
I served the co-resident and mother-in-law of the DEF after she stated that the DEF was currently in town and would be home later today. She asserted the DEF is married but not in the military.

_Ronald A. Pinkston_   8/23/2025
Ronald Pinkston          Date
CPS ID#: 2025-002

Spector Investigations
423 Delaware Ave
Fort Pierce, FL 34950
772-332-7466

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_
Notary Public
08/23/25
Date       Commission Expires

DEREK TIRADO
Notary Public
State of Florida
Comm# HH317702
Expires 9/28/2026

Date: _____
Time: _____
Server: _____
ID#: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▼

RP#2025-002
8/21/25 5:54pm

JANE DOE, I.H., an individual,

*Plaintiff(s)*

v.

SALESFORCE, et. al.

*Defendant(s)*

Civil Action No. 8:24-cv-1678 -SDM-NHA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe, the person or entity that owned the property located at 31199 Longwood Drive, Brooksville, Florida.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Law Offices of Travis R. Walker, P.A.
Travis R. Walker Esq. Florida Bar No. 33693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone: (772) 708-0952
Email: travis@traviswalkerlaw.com; service@traviswalkerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date: July 16, 2025

_____
*Signature of Clerk or Deputy Clerk*