# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JANE DOE I.H., an individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>SALESFORCE, *et al.*,<br><br>    *Defendant*. | Case No. 8:24-CV-1678-SDM-NHA |

**UNOPPOSED MOTION BY DEFENDANT SALESFORCE INC. FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Salesforce, Inc. respectfully moves this Court for an extension of time to respond to Plaintiff's Second Amended Complaint, Dkt. 112:

1. Plaintiff initiated this action on July 17, 2024, *see* Dkt. 1;

2. Salesforce was first served in this action on July 18, 2025;

3. The current deadline for Salesforce to respond is August 8, 2025, per Federal Rules of Civil Procedure Rule 12(a)(1)(A);

4. The Court granted Salesforce's previous extension request, extending the deadline to respond from August 8 to September 8, to allow undersigned undersigned counsel adequate time to review the allegations and prepare a response, *see* Dkt. 90;

5. Salesforce respectfully requests a two-week extension, through and

including September 22, 2025, to file a response to Plaintiff's Second Amended Complaint;

6. The requested extension is sought to allow time for the parties to continue discussions related to potential resolution of at least some existing pleading issues without the need for formal motion practice;

7. Plaintiff's counsel does not object to the requested extension;

8. This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the relief requested;

9. This is Salesforce's second request for an extension of time in this action.

Salesforce thus respectfully requests that the Court enter an order extending its deadline to respond to Plaintiff's Second Amended Complaint through and including September 22, 2025.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel, pursuant to Local Rule 3.01(g), hereby certifies that counsel for Defendant Salesforce conferred with Plaintiff's counsel via email, and that on September 5, 2025, Plaintiff's counsel confirmed that Plaintiff does not object to the requested relief.

DATED: September 5, 2025        Respectfully submitted,

/s/   *Michael J. Holecek*
Michael J. Holecek
Florida Bar No. 1035950
 MHolecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7018

Kristin A. Linsley
(*pro hac vice application forthcoming*)
 KLinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2600 Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8395

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF) on September 5, 2025, and notice will thus be sent to all registered parties.

*/s/ Michael J. Holecek*
