## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JANE DOE, I.H., and individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>SALESFORCE, et al.<br><br>    *Defendants*. | Case No. 8:24-cv-1678-SDM-NHA |

## DEFENDANT DOYLE'S SUPPLEMENTAL STATEMENT
## REGARDING DKT. 214 PURSUANT TO LOCAL RULE 3.01(g)(3)

Defendant Matthew Doyle, pursuant to pursuant to M.D.L.R. 3.01(g)(3), files this Supplemental Statement regarding his Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 214) and certifies:

1.    On September 9, 2025, the undersigned sent an email to Plaintiff's counsel pursuant to Local Rule 3.01(g)(3), summarizing prior attempts to confer and requesting counsel's position on the Motion to Dismiss. That same day, the undersigned called Plaintiff's counsel's office and left a message with the automated answering service.

2.    On September 10, 2025, the undersigned sent a follow-up email and again attempted to reach Plaintiff's counsel by phone. Intake coordinator Kayla Conaway answered the call and advised that Mr. Walker and his assistant, Lauren Ketchum, were unavailable. At the undersigned's request, Ms. Conaway sent an

email to both Mr. Walker and Ms. Ketchum regarding prior attempts to confer and copied the undersigned. Later that day, Wasi Ahmed, an attorney[1] assisting Mr. Walker, responded by email stating that Plaintiff would oppose the Motion to Dismiss and expressing openness to discussing resolution without unnecessary judicial intervention.  Later that same day, around 6:30 p.m., Plaintiff's counsel responded via email acknowledging receipt of the undersigned's attempts to confer and advising that Plaintiff opposes the motion but remained open to discussing resolution without unnecessary judicial intervention.

3. On September 11, 2025, the undersigned spoke with Plaintiff's counsel Travis Walker by phone to confer regarding the Motion to Dismiss. Mr. Walker advised that he was unaware the motion had been filed. The undersigned directed Mr. Walker to the motion and requested a response by noon on September 12, 2025, regarding Plaintiff's position on the motion. The undersigned then sent a confirmatory email memorializing the discussion and outlining the agreed-upon response deadline.

4. On September 12, 2025, Mr. Walker responded via email advising that Plaintiff opposes the Motion to Dismiss in its entirety. Accordingly, the parties have not reached agreement on any portion of the relief sought, and all issues raised in the Motion remain at issue.

---

[1] Despite Mr. Ahmed's signature block saying that he is an attorney, undersigned counsel was unable to find anything showing that Mr. Ahmed is a licensed attorney. Accordingly, undersigned counsel requested to speak with Mr. Walker.

2

Dated: September 12, 2025.	Respectfully submitted,

            */s/ Drew K. Patterson*
            Drew K. Patterson
            Florida Bar No. 1030836
            ROBERT ECKARD & ASSOCIATES, P.A.
            3110 Palm Harbor Blvd.
            Palm Harbor, FL 34683
            Telephone: (727) 772-1941
            Email: drew@roberteckardlaw.com

            *Counsel for Defendant, Matthew Doyle*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, the foregoing was electronically filed using the CM/ECF System, which will send a notice of electronic filing to all parties/attorneys on the list to receive notice in this case.

            */s/ Drew K. Patterson*
            Drew K. Patterson