# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JANE DOE, I.H., and individual, | Case No. 8:24-cv-1678-SDM-NHA |
| *Plaintiff,* | |
| v. | |
| SALESFORCE, et al. | |
| *Defendants.* | |

## DEFENDANT DOYLE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Matthew Doyle, pursuant to Local Rule 3.01(i), gives notice of the following supplemental authority in support of his Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 214), specifically the argument on page 7 of the motion regarding the statute of limitations relevant to Plaintiff's intentional infliction of emotional distress claim. In connection with that argument, Doyle submits the following authority to replace a case citation that was inadvertently misstated in the motion and notifies the Court of *Tobin v. Damian*, 772 So. 2d 13, 16 (Fla. 4th DCA 2000):

> Because appellant had notice of the abuse, incest, and injury more than four years before she filed suit, section 95.11(7), Florida Statutes, did not extend the limitations period. . . . Therefore, even if the continuing tort doctrine applied to the facts of this case, appellant's claims are barred by section 95.11(3)(o), Florida Statutes, because she failed to file suit within four years of the last sexual contact, which allegedly occurred during September 1991.

*Id.* at 16.

This case was not cited in Doyle's motion. Doyle submits that this supplemental authority will aid the Court's consideration of his Motion to Dismiss because, as in *Tobin*, Plaintiff's claim is time-barred under the four-year limitations period, which began to run when she reached the age of majority—June 20, 2018—not when she later recognized emotional harm. *Tobin* confirms that the limitations period runs from the time the alleged conduct occurred, not from when the plaintiff becomes aware of its psychological consequences.

Dated: September 12, 2025.               Respectfully submitted,

*/s/ Drew K. Patterson*
Drew K. Patterson
Florida Bar No. 1030836
ROBERT ECKARD & ASSOCIATES, P.A.
3110 Palm Harbor Blvd.
Palm Harbor, FL 34683
Telephone: (727) 772-1941
Email: drew@roberteckardlaw.com

*Counsel for Defendant, Matthew Doyle*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, the foregoing was electronically filed using the CM/ECF System, which will send a notice of electronic filing to all parties/attorneys on the list to receive notice in this case.

*/s/ Drew K. Patterson*
Drew K. Patterson