IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JANE DOE, I.H.,  CASE NO. 8:24-CV-01678-SDM-NHA

  Plaintiff,

vs.

SALESFORCE, ET AL

  Defendant,

## PLAINTIFF'S NOTICE OF CANCELLATION OF DEFENDANT, JASON M. RAULERSON'S DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Defendant, Jason M. Raulerson, scheduled to take place on **October 30 and October 31, 2025,** has been **cancelled** and will be rescheduled at a later time.

Dated: October 17, 2025,

          Respectfully submitted,

          **THE LAW OFFICES OF TRAVIS R. WALKER, P.A.**

          By: __/s/ Travis R. Walker___
          Travis R. Walker Esquire
          Florida Bar No. 33693
          1100 SE Federal Highway
          Stuart, Florida 34994
          Telephone: (772) 708-0952
          travis@traviswalkerlaw.com
          service@traviswalkerlaw.com
          wasi@traviswalkerlaw.com
          *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing **PLAINTIFF'S NOTICE OF CANCELLATION OF DEFENDANT, JASON M. RAULERSON'S DEPOSITION** was served to all counsel of record via the CM/ECF PACER portal on the **17th day of October 2025.**

Respectfully submitted,

**THE LAW OFFICES OF TRAVIS R. WALKER, P.A.**

By: ___/s/ Travis R. Walker___
Travis R. Walker Esquire
Florida Bar No. 33693
1100 SE Federal Highway
Stuart, Florida 34994
Telephone: (772) 708-0952
travis@traviswalkerlaw.com
service@traviswalkerlaw.com
wasi@traviswalkerlaw.com
*Attorney for Plaintiff*