IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, I.H., an individual,

    Plaintiff,                                        **CASE NO.: 8:24-cv-01678**

v.

SALESFORCE, et al.

    Defendants.

_____/

### DEFENDANT JOHN BRUNST'S AGREED THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant JOHN BRUNST ("Brunst"), pursuant to Fed. R. Civ. P. 6(b), respectfully requests that the Court grant an additional 28 day extension of time to respond to Plaintiff's Second Amended Complaint ("Complaint") (ECF 112) up to and including December 11, 2025.

### Memorandum of Law

Fed. R. Civ. P. 6(b) provides that the Court may, for good cause, extend the time "if a request is made, before the original time or its extension expires." The deadline to respond to the Complaint is November 13, 2025, in light of the previous extension granted by this Court. Defendant Brunst filed a Motion to Stay on October 3, 2025 (ECF 246), which remains pending. Defendant Salesforce filed its own Motion to Stay on October 31, 2025 (ECF 261), which is also currently

1

pending. Further, Plaintiff filed a Motion for Amended Case Management Report (ECF 263) on November 1, 2025, wherein the Plaintiff indicates her intention to file a third amended complaint. Given the complexity of the issues raised in the Complaint, the pending motions to stay, potential amendment of the Complaint, and in the interests of judicial economy, the undersigned requests additional time to file a response. This is Brunst's third request for an extension of time.[1]

WHEREFORE, Defendant Brunst requests that this Court grant an additional 28 days to respond to Plaintiff's Second Amended Complaint, up to and including December 11, 2025.

### Local Rule 3.01(g) Certification

Undersigned counsel has conferred with counsel for Plaintiff, who has agreed to the relief requested.

*[Remainder of this page intentionally left blank.]*

---

[1] Brunst reserves all rights and defenses to the claims asserted in the Complaint, including but not limited to the defenses set forth in Fed. R. Crim. P. 12(b)(1)-(7).

DATED: November 6, 2025

**WALTERS LAW GROUP**

*/s/ Lawrence G. Walters*
Lawrence G. Walters
Florida Bar No. 0776599
195 W. Pine Ave.
Longwood, FL  32750-4104
Telephone: (407) 957-9150
Facsimile:  (407) 774-6151
Email: larry@firstamendment.com
Secondary Email:
paralegal@firstamendment.com

**DANIEL J. QUIGLEY, PLC**
Daniel J. Quigley *(Admitted Pro Hac Vice)*
5425 E. Broadway, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4450
Email: quigley@djqplc.com

*Attorneys for Defendant John Brunst*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on this 6th day of November, 2025, which will serve a copy by email on all counsel of record.

*/s/ Lawrence G. Walters*
Lawrence G. Walters