JANE DOE, I.H.,

    Plaintiff,

v.                                      CASE NO. 8:24-cv-01678-SDM-NHA

SALESFORCE, INC., et al.,

    Defendant.

_____/

**ORDER**

Salesforce and John Brunst move to stay (Docs. 261 and 246) under 18 U.S.C. Sections 1595(b) and 3509(k). The plaintiff responds (Docs. 268 and 251), and Salesforce moves (Doc. 270) for leave to reply. The motions (Docs. 261 and 246) to stay are **GRANTED**. The action is **STAYED** pending a later order. The clerk must close the case. The plaintiff is **DIRECTED** to provide notice within **FOURTEEN DAYS** after final adjudication of *United States v. Lacey*, No. 2:18-CR-00422 (D. Ariz.). The motion (Doc. 270) for leave to reply is **DENIED AS MOOT**.

The plaintiff moves (Doc. 279) for leave to file an amended return of service for Backpage.com. To the extent that the plaintiff requests acceptance of the amended return of service (Doc. 278) already filed, the motion is **GRANTED**.

Every other pending motion is **DENIED WITHOUT PREJUDICE** to renewal.

ORDERED in Tampa, Florida, on December 1, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE